UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), et al.,<br><br>　　　　Defendants. | Case No.: 18-cv-108-RAW |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Robbie Emery Burke, as Special Administratrix of the Estate of Billy Woods, Deceased, and Defendant Muskogee County Council of Youth Services ("MCCOYS"), Defendant Board of County Commissioners of Muskogee County, Oklahoma, Defendant State of Oklahoma, *ex rel.*, Office of Juvenile Affairs ("OJA"), Defendant Jerrod Lang, Defendant Brandon Miller, Defendant Angela Miller, Defendant Marietta Winkle and Defendant Steven Buck hereby stipulate that this action shall be dismissed with prejudice as to Plaintiff's claims against Defendant State of Oklahoma, *ex rel.,* Office of Juvenile Affairs ("OJA"). Plaintiff and Defendant OJA each to bear its own costs and attorney's fees. This dismissal disposes of all claims against Defendant OJA in this matter. This dismissal does not dispose of, or otherwise impact, any other claims or parties in this matter.

Respectfully submitted,

/s/ Bryon D. Helm

1

Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
Fax: (918) 585-2669
Email: danielsmolen@ssrok.com
Email: bobblakemore@ssrok.com
Email: bryonhelm@ssrok.com

Joel A. LaCourse, OBA # 17082
LaCourse Law
715 S Elgin Ave
Tulsa, OK 74120
918-744-7100
Fax: 918-477-2299
Email: joel@lacourselaw.com

*Attorneys for Plaintiff*

-AND-

/s/ Jacqueline R. Zamarripa (signed with permission)
Jacqueline R. Zamarripa, OBA #33647
Richard N. Mann, OBA #11040
Office of the Attorney General (OKC)
313 NE 21st St
Oklahoma City, OK 73105
405-521-3921
Fax:405-521-4518
Email: jackie.zamarripa@oag.ok.gov
Email: richard.mann@oag.ok.gov
*Attorneys for Defendant Office of Juvenile Affairs State of Oklahoma (ex rel) also known as OJA and Defendant Steven Buck*

/s/ Taylor M. Tyler (signed with permission)
Andy A. Artus, OBA # 16169
Taylor M. Tyler , OBA #
Collins Zorn & Wagner, PC
429 NE 50th St, Second Flr
Oklahoma City, OK 73105-1815
405-524-2070
Fax: 405-524-2078

2

Email: czw@czwlaw.com
Email: tmt@czwlaw.com
***Attorneys for Defendant Muskogee County Board of County Commissioners***

/s/ Randall J. Wood (signed with permission)
Randall J. Wood, OBA #10531
Robert S. Lafferrandre, OBA #11897
Carson C. Smith, OBA #22303
Pierce Couch Hendrickson Baysinger & Green
PO Box 26350
Oklahoma City, OK 73126
405-235-1611
Fax: 405-235-2904
Email: rwood@piercecouch.com
Email: rlafferrandre@piercecouch.com
Email: csmith@piercecouch.com
***Attorneys for Defendant Muskogee County Council of Youth Services***

/s/ James L. Gibbs (signed with permission)
James L. Gibbs , II, OBA #15689
Goolsby Proctor Heefner & Gibbs, PC
701 N Broadway, Ste 400
Oklahoma City, OK 73102
405-524-2400
Fax: 405-525-6004
Email: jgibbs@gphglaw.com
***Attorneys for Defendant Brandon Miller, Defendant Angela Miller and Defendant Marietta Winkle***

/s/ Thomas A. LeBlanc (signed with permission)
Thomas A. LeBlanc, OBA #14768
Jessica L. Foutch, OBA #31851
Best & Sharp
Williams Center Tower 1
One W. 3rd Street, Suite 900
Tulsa, OK 74103
(918) 582-1234
Fax: (918( 585-9447
Email: tleblanc@bestsharp.com
Email: jfoutch@bestsharp.com
***Attorneys for Defendant Jerrod Lang***

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Bryon D. Helm