IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), *et al.*,<br><br>Defendants. | Case No.: 18-CV-108-RAW |

## **ORDER**

Before the Court is Defendant Muskogee County Council of Youth Services' Unopposed Request For Enlargement Of Motion For Summary Judgment Brief [Doc 148]. The Court hereby **GRANTS IN PART** this Motion. Defendant MCCOYS is allowed a maximum of thirty (30) pages for its Motion for Summary Judgment, excluding cover pages, tables of authorities and content, and attorney signatures and certificate of service.

Dated this 12th day of March, 2019.

*Ronald A. White*
_____
THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA