Muskogee County Emergency Medical Service 1-918-683-0130 or 1-800-372-8008



**Redact HIPPA Patient Care Report**

## Patient Information

**Age:** 16 Years  
**Gender:** Male  
**Race:** White

## Call Type / Disposition

**Response type:** 911 Response (Scene)  
**Disposition:** Patient Dead at Scene-No Resuscitation Attempted (Without Transport)  
**Complaint by Disp:** 9 Cardiac Arrest/Death  
**Response Delay:** None/No Delay  
**EMD Card Number:** 9-E-3

## Call Location

**Incident Location:** Scene Of Emergency  
**Incident Address:** 305 E CINCINNATI  
City of Muskogee, OK 74401

## Patient Condition

**Complaint**  
DOA  
**Primary Symptom:** Obvious Death  
**Other Symptoms:** Not Applicable  
**Alcohol/Drug Use:** None Reported

## Provider Impression

**Primary Impression:** Dead on Arrival ( DOA )  
**Secondary Impression:** , Cardiac arrest

## Narrative

**Narrative:** 16 Y/O MALE PT CC- DOA

PT WAS IN JUVENILE DETENTION FACILITY AND GAURDS STATED THAT PT SHOWERED APPROX 1830-1900 AND THEN WAS LOCKED UP IN CELL. GUARDS WENT TO CHECK ON PT AND THEY FOUND THAT HE HAD HUNG HIMSELF AND CALLED 911.

PT UAA WAS LYING FACE DOWN, UNRESPOSIVE, GCS 3, LIVIDITY NOTED TO UPPER AND LOWER EXT, PT HAD HUNG HIMSELF WITH A SHEET FROM RAILING ON SINK APPROX 2 FT FROM GROUND,

PT WAS ASYSTOLE ON MONITOR, PT WAS NOT MOVED,

PD CAME AND TOOK OVER PT, SCENE WAS MARKED OFF AS POSSIBLE CRIME SCENE AND PT WAS RELEASED TO OFFICER HAMLINS, SIGNATURE OBTAINED.

## Medical Necessity

**ALS Assessment Performed and Warranted:** Yes, to determine ALS needs

**Patient moving / lifting device used:** None

## Past Medical History

**Medical History:** None Reported


EXHIBIT 11

**Date Printed:** 09/19/2018 16:28

Muskogee County Emergency Medical Service 1-918-683-0130 or 1-800-372-8008

Personal Physician: NA

## Activities

### Medications

### Procedures

| Time | Name | Success | Attempts |
|---|---|---|---|
| 2016 | ECG Monitor applied (4-lead or Pads) | Yes | 1 |

### Vitals

| Time | Pulse | ECG Rhythm | Resp | SpO2 | GCS | Pain |
|---|---|---|---|---|---|---|
| /2016 | 0 | Asystole | 0 | 0 | 3 | 0 |

## Response Times and Mileage

PSAP: ./2016
Disp. Notified: ./2016
Unit Disp.: '2016
Enroute: /2016
At Scene: /2016
At Patient: /2016
Depart: /2016
In Service: ./2016

Start Odom: 0
Scene Odom: 0
Dest. Odom: 0

Miles to Scene: 0.0
Loaded Miles: 0.0
Total: 0.0

## Unit Personnel

Role
Primary Patient Caregiver
Other Patient Caregiver, Driver

## Wave forms

Date Printed: 09/19/2018 16:28

Muskogee County Emergency Medical Service 1-918-683-0130 or 1-800-372-8008

Time:   2016



Time:   ./2016



Date Printed: 09/19/2018 16:28

Muskogee County Emergency Medical Service 1-918-683-0130 or 1-800-372-8008
Attachments

Date Printed: 09/19/2018 16:28