ROOM # 01   DAILY NOTES   DET. # 16-17-48

NAME: BILLY "DUAIN" WOODS   DATE: 12-14-16   LEVEL: II-0   DAY: 01

**7:00AM-3:00PM**

Arrived on Intake @ 2:27pm, Lacked Cooperation, did not want to change clothing as instructed. Tried to conceal Boxer shorts – stated has to layer. Voiced has been on run for 2 years + heavy gang ties. Appears to have mental health issues. Only suppose to be here for few days per Bryan Spikes.

Breakfast  S  W     Lunch  S  W

Large Muscle Activity (One Hour):

10 Minute Stretch _____     40 Minute Exercise _____     10 Minute Stretch _____
10 Minute Stretch _____     25 Minute Volleyball _____   25 Minute Basketball _____

| 7:00AM | 7:15AM | 7:30AM | 7:45AM | 8:00AM | 8:15AM | 8:30AM | 8:45AM | 9:00AM | 9:15AM | 9:30AM | 9:45AM | 10:00AM | 10:15AM | 10:30AM | 10:45AM |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|---------|---------|---------|
|        |        |        |        |        |        |        |        |        |        |        |        |         |         |         |         |

| 11:00AM | 11:15AM | 11:30AM | 11:45AM | 12:00PM | 12:15PM | 12:30PM | 12:45PM | 1:00PM | 1:15PM | 1:30PM | 1:45PM | 2:00PM | 2:15PM | 2:30Pm | 2:45PM |
|---------|---------|---------|---------|---------|---------|---------|---------|--------|--------|--------|--------|--------|--------|--------|--------|
|         |         |         |         |         |         |         |         |        |        |        |        |        |        |        | AO     |

SHIFT SUPERVISOR: Anthony Cornwell     POINTS: N/A

**3:00PM-11:00PM**

Billy Duain cooperated in the Program below average he had a Disrespectful attitude Most of the shift he used a lot of Foul words asked to Go to his Room after showers Then he came out and Got his intake done and talked to about his actions

Dinner  S  W     Snack

Large Muscle Activity (One Hour):

10 Minute Stretch _____     40 Minute Exercise _____     10 Minute Stretch _____
10 Minute Stretch _____     25 Minute Volleyball _____   25 Minute Basketball _____

| 3:00PM | 3:15PM | 3:30PM | 3:45PM | 4:00PM | 4:15PM | 4:30PM | 4:45PM | 5:00PM | 5:15PM | 5:30PM | 5:45PM | 6:00PM | 6:15PM | 6:30PM | 6:45PM |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| R/52   | π      | SS     |        |        |        |        |        |        |        |        |        |        |        |        |        |

| 7:00PM | 7:15PM | 7:30PM | 7:45PM | 8:00PM | 8:15PM | 8:30PM | 8:45PM | 9:00PM | 9:15PM | 9:30PM | 9:45PM | 10:00PM | 10:15PM | 10:30PM | 10:45PM |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|---------|---------|---------|
|        |        |        |        |        |        |        |        |        |        | π      | π      | SS      | π       | π       | π       |

SHIFT SUPERVISOR: [signature]     POINTS: N/A

**11:00PM-7:00AM**

No problems this shift

SHIFT SUPERVISOR: Joseph Clinker

TODAY'S POINTS: N/A     YESTERDAYS POINTS: N/A     TOTAL POINTS: N/A

TOMORROW'S LEVEL: II-1

*N/A FIRST DAY OF LEVEL

PLAINTIFF'S EXHIBIT 8

MCCOYS 0879