# SUICIDE RISK ASSESSMENT

HAVE YOU EVER THOUGHT ABOUT DOING ANYTHING TO HURT YOURSELF OR TO COMMIT SUICIDE?

NO ____ YES ✓ IF YES, WHAT WAS HAPPENING WHEN YOU WERE HAVING THOSE THOUGHTS? __N/A__

B. HAVE YOU EVER TRIED TO HURT YOURSELF OR COMMIT SUICIDE? NO ____ YES ✓
IF YES, COMPLETE THE FOLLOWING:

1) HOW MANY TIMES? __7 or 8__
2) WHEN WAS THE FIRST TIME? __around 8 or 9 yrs old__
3) WERE YOU ALONE OR WITH OTHERS AT THE TIME? __alone__
4) WHAT METHOD(S) DID YOU TRY? __hanging__
5) WHEN WAS THE MOST RECENT TIME? __a month ago__
6) WERE YOU ALONE OR WITH OTHERS AT THE TIME? __alone__
7) WHAT METHOD(S) DID YOU TRY? __Gun__
8) HAVE YOU BEEN HOSPITALIZED AFTER ANY OF THESE ATTEMPT(S)? __no__
9) WHAT TREATMENT SERVICES DID YOU RECEIVE AFTER YOUR ATTEMPT(S)? __none__

__N/A__

C. DO YOU HAVE ANY FAMILY MEMBERS OR FRIENDS WHO HAVE ATTEMPTED OR COMMITTED SUICIDE?
NO ____ YES ✓ IF YES, WHO? __Uncle Richy__ WHEN: __4 yrs ago__

D. HOW LIKELY DO YOU THINK YOU WOULD BE TO HURT YOURSELF AT THIS TIME?

VERY LIKELY ____ SOMEWHAT LIKELY ____ NOT VERY LIKELY ____ DEFINITELY WOULD NOT ✓

IF CHECKED, IF YOU WERE TO HURT YOURSELF, WHAT WOULD YOU DO? (CHECKING FOR A SPECIFIC PLAN)
__Quick and easy shoot his self__

I, _____, HAVE VOLUNTARILY COMPLETED THIS FORM.
(PRINT NAME)

RESIDENTS SIGNATURE _____ DATE: __12-14-16__

STAFF SIGNATURE _[signature]_ DATE __12-14-16__ TIME: __7:46__ AM /(PM)

**PLAINTIFF'S EXHIBIT 12**

CONFIDENTIAL          MCCOYS 24