IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA


ROBBIE EMERY BURKE,
          Plaintiff,

Vs.                                Case 18-CV-108-RAW

MUSKOGEE COUNTY COUNCIL
OF YOUTH SERVICES
("MCCOYS"), et al,
          Defendants.




VIDEO DEPOSITION OF
BRANDON MILLER




DATE:  JANUARY 18, 2019

REPORTER:  MARISA SPALDING, CSR, RPR




Spalding Reporting Service, Inc.
1611 South Utica Avenue, Box 153
Tulsa, Oklahoma 74104
(918) 284-2017

PLAINTIFF'S
EXHIBIT
tabbies®
15

1    A    Well, I heard of little riots and children

2  putting hands on old women and stuff like that and

3  that's what I heard.

4    Q    Okay.  And did they tell you that it would

5  happen frequently?

6    A    No.

7    Q    Okay.  What did you do for the interview

8  process when you got a job at MCCOYS?

9    A    I think it was pretty quick and simple.  Uh,

10  we're talking two years.  Well, all I know is I went

11  through the interview, talked to them, let them know I

12  had a full-time job and this would be part.  And other

13  than that, I was hired.

14    Q    Okay.  Do you recall who you interviewed

15  with?

16    A    It may have been Joe.

17    Q    Okay.  Did he talk to you about whether there

18  was staffing issues, they were having a hard time to

19  get people to work there?

20    A    Yes.

21    Q    What do you recall about that?

22    A    Short on staff.  And maybe like if I was to

23  start, I wouldn't run out or quit or nothing.  I was

24  like, no, I can keep my job.

25    Q    Okay.  Did he seem worried about the -- what

1    they call turnover, lots of turnover, people starting

2    and then leaving?

3        A    Yes.

4        Q    Okay.  Did he seem concerned about the

5    understaffing?

6        A    No.

7        Q    Okay.  And were you told what the job would

8    involve, what you would be doing there at MCCOYS?

9        A    Could you repeat that?

10       Q    Sure.  Were you told during the interview

11   process what your job would involve?

12       A    As in like job description?

13       Q    Yeah.

14       A    He kind of told me I'll be kind of

15   everywhere, you know.  I would be in the control room

16   some days, I would prepare meals for the kids, and I

17   would be on the floor.

18       Q    Okay.  Had you ever prepared meals for

19   children before?

20       A    Not children but adults.

21       Q    Adults at the home service that you were

22   doing?

23       A    Yes, sir.

24       Q    Okay.  Had you ever worked a control room?

25       A    No.

1      Q      Okay.  And I'm assuming you had never worked
2   the floor in any kind of juvenile facility?
3      A      No, sir.
4      Q      So once you went through the interview
5   process, Joe told you, you had a job?
6      A      Yes.
7      Q      Okay.  And when did you start?
8      A      I think September something.
9      Q      Okay.
10     A      Maybe in the middle of September.
11     Q      Okay.  Of 2016?
12     A      Yes.
13     Q      Okay.  And did you have someone you were
14  assigned to work with?
15     A      As in the detention center?
16     Q      Yes.
17     A      No, I pretty much worked with everybody.
18     Q      Okay.  Did you have a supervisor that you
19  reported to?
20     A      Yes, every time I worked, yes, I had a
21  supervisor that I reported to.
22     Q      And would that supervisor change?
23     A      Yes.
24     Q      Okay.  Tell me the supervisors that you
25  recall having that you worked under.

1    A    Kevin.  I don't know his last name.  Jackie,

2  Jerrod.  And I don't think Jodie was one, but those

3  were the three main.

4    Q    Okay.  And did you immediately go start

5  working on the floor?

6    A    Not for my first few days.  I was in a

7  control booth, you know, seeing how things were done.

8    Q    Okay.  And when you say seeing how things

9  were done, tell me about that.  How were -- how were

10  you shown how things were done?

11    A    Basically, how they come out the rooms.  They

12  all have to work -- walk a certain way for the TV's

13  and all of that and showers and all of that.  That's

14  when I began to come down the floor maybe after the

15  first day, second day.

16    Q    So maybe one or two days in the control tower

17  kind of just watching the facility?

18    A    Yes, yes, sir.

19    Q    Okay.  Had you had any training before

20  working in the control tower?

21    A    Yes.

22    Q    Okay.  Tell me about the training you had

23  had.

24    A    I believe Kevin -- he gave me a walk through.

25  Basically, when I clocked in, I was on shift change.

1    So he would walk me through and, you know, I would get

2    to know the guys that was there and about them.  And I

3    would basically be next to him as he released them out

4    of the rooms and basically showed me how everything

5    was supposed to go.

6         Q     Okay.  You would shadow him and he'd show you

7    how things would work?

8         A     Yes, sir.

9         Q     And you did that for one or two days?

10        A     I believe so.  It may -- it may have been,

11   you know, three or four.

12        Q     Okay.  And beyond just shadowing, did you

13   have any other training?

14        A     No, I have got my CPR from my other job.  But

15   other than that, him showing me the ropes, I didn't

16   have no other training.

17        Q     Okay.  I mean, were you trained -- were you

18   trained at all on the jail's emergency medical

19   protocols?

20        A     Could you rephrase that?

21        Q     Have you ever heard of the term emergency

22   medical protocol?

23        A     No.

24        Q     Okay.  Let's just say prior to going to work

25   on the floor, did the jail ever go over with you what

1  their emergency medical plan was?

2      A      No.

3      Q      Prior to going to work on the floor, did

4  anyone at MCCOYS or the county ever go over with you

5  what your requirements were to do if someone had

6  expressed suicidal ideation?

7      A      No, sir.

8      Q      Before you went to work on the floor, had

9  anybody either at MCCOYS or the county trained you on

10  how to do a cell check?

11      A      A cell check as in?

12      Q      Or a site check?

13      A      Site check, yes.

14      Q      Okay.  Tell me about that.  How had you been

15  trained to do a site check?

16      A      15 minutes.

17      Q      Okay.

18      A      15-minutes check.

19      Q      And what were you to do?

20      A      Check on the child if he was in his room.

21      Q      And how would you go about doing that?

22      A      Usually, my supervisor would give me a heads

23  up and remind me or the control tower would kind of

24  knock on the glass and be like -- point me to the

25  direction --

```
 1        Q      Okay.

 2        A      -- for a check.

 3        Q      And how frequently were you doing those?

 4        A      Not so many.  I mean, we didn't have too many

 5   children being in their room a lot.  You know, so many

 6   kids, they wanted be out their room so we didn't go

 7   through that a lot.

 8        Q      Why do you think the kids wanted to be out of

 9   their room?

10                    MR. GIBBS:  Object to the form.

11                    THE WITNESS:  They spend enough time in

12   there so, yeah, I guess just to be out.

13        Q      (By Mr. Smolen)  Okay.  Pretty

14   self-explanatory, right?

15        A      Yes.

16        Q      Were kids ever put in their rooms for

17   punishment purposes?

18        A      Of them acting out, yes.

19        Q      How would that work?  How would the rooms be

20   used for punishment?

21        A      As in like if a fight was about to go on or

22   some cussing or all kind of that, then we put them in

23   a room to chill out, you know, give them some time to

24   theirself until...

25        Q      Is it fair to say that if -- if one of the
```

1  children that were in the facility were disrespectful

2  to the floor worker or the supervisor, that it was a

3  practice there to put them in their room for

4  punishment purposes?

5       A    Yes, if they was talking back to detention

6  workers, you know, I would say it's a warning and

7  then, okay, let's go.

8       Q    And then when you say let's go, it means

9  we're going to put you in your room?

10      A    Yes, sir.

11      Q    And the warning that you're talking about,

12 was it a verbal warning or was it some kind of written

13 warning?

14      A    I would say verbal.

15      Q    Okay.  I won't -- we'll get back into that a

16 little bit here on the site checks here in a little

17 bit.  Had you ever had any training in any way with

18 mental health prior to going to work at the facility?

19      A    No, sir.

20      Q    Would you have been able to identify a child

21 who was expressing suicidal ideation behavior?

22                 MR. GIBBS:  Object to the form.

23                 THE WITNESS:  No, not if I didn't know

24 his history.

25      Q    (By Mr. Smolen)  Okay.  And was there any

1  kind of process in place for you to learn the history
2  of one of the children that were being housed in the
3  facility?

4      A    I may have looked at a couple guys come in to
5  an intake.  But as in me filling it out myself, no.

6      Q    Okay.  Well, and -- and if you weren't
7  actually there watching the intake process, was there
8  any kind of practice in place where you would be
9  informed about a certain child's background?

10     A    Usually, yes.

11     Q    Tell me about that process.

12     A    When shift changes, we all get together and
13 we talk about who's new and what's basically going on
14 for that day or what happened and that's how it go.

15     Q    Would they ever cover their medical screening
16 form with you?

17     A    Medical screening?

18     Q    Have you ever heard of the term like a
19 medical -- a book in or a medical screening form?  Let
20 me get you one of these and see if we can refresh your
21 memory maybe.

22     A    Okay.

23     Q    Have you ever heard of the form that's filled
24 out at the facility called a Suicide Risk Assessment?

25     A    Yes, I went over it with my lawyer, yes.

1   Q    Okay.  But before going over it with your

2  lawyer, had you ever seen it before?

3   A    I don't think I seen one.

4   Q    Okay.  Did you know in any way prior to --

5  and, again, I don't want to know what your lawyer

6  talked to you about, okay?

7   A    Okay.

8   Q    But prior to looking at that form which you

9  hadn't seen before with your lawyer, did you know how

10  the suicide risk assessment form was to be used at

11  MCCOYS?

12   A    No.

13   Q    Okay.  Was there any practice in place or any

14  kind of system where you were told what was on a

15  certain child's Suicide Risk Assessment Form?

16   A    No.

17   Q    Are you doing alright?

18   A    Yeah.

19   Q    Okay.

20              (Plaintiff's Exhibit No. 13

21               marked for identification purposes)

22   Q    Are you ready?

23   A    Yes.

24   Q    Prior to covering this form with your

25  attorney before your deposition, you had never seen it

1   before, correct?

2       A    No, sir.

3       Q    Okay.  And did you even know those forms were

4   filled out during the intake process?

5       A    I could say, yeah, yes.

6       Q    Okay.  It's just you didn't know what they

7   were used for?

8       A    Yeah, just -- yes, sir.

9       Q    You might have known it was part of the

10  intake process, but you didn't know how it would be

11  used as a tool?

12      A    Yes.

13      Q    Were you ever trained on the importance of

14  having a resident sign the forms?

15      A    After an intake?

16      Q    Yeah, during the intake process?

17      A    Yes.

18      Q    Tell me about what you were told as to why it

19  would be important to have the resident sign the

20  intake forms?

21      A    I would just say them signing the intake form

22  would be the truth or, you know, what they've been

23  through or -- you know, but other than that...

24      Q    Maybe a confirmation that the form had been

25  used with them and they had an opportunity to fill it

1    out?

2        A    Yes.

3        Q    Were you ever told that Billy Woods had

4    attempted to hang himself a month earlier?

5        A    No, sir.

6        Q    Were you ever told that the first time he

7    tried to commit suicide was when he was 8 or 9 years

8    old?

9        A    No, sir.

10       Q    Were you ever told that he had tried to do it

11   seven or eight times?

12       A    No, sir.

13       Q    Were you ever asked to check on Billy Woods

14   more often because of any -- any reason at all?

15       A    No, sir.

16       Q    Did you ever receive a copy of the policies

17   and procedures at MCCOYS?

18       A    Yes, sir.

19       Q    Okay.  When did you receive a copy of them?

20       A    I don't think I got a copy to take home.  But

21   my few days of being in the control room, I think I

22   went through the packet.

23       Q    Okay.  Now when you say you think, are -- can

24   you say here under oath you're certain that you did?

25       A    Yes, I'm certain I did.

1    Q    Okay.  And did you just skim over them or did
2  you -- tell me what you did to go over them?
3    A    I read -- I read them.
4    Q    Okay.  Did you feel like you fully understood
5  them?
6    A    Yes.
7    Q    Okay.  How big a packet was it that you went
8  through?
9    A    It was pretty thick.
10    Q    Okay.  And -- and how long of time did you
11  spend going through the material?
12    A    Well, I don't think it was a lot.  I would be
13  in the control room for so long, and then I would be
14  shown something else.  So it's like when I go back up
15  there, I would go back to it.
16    Q    Okay.  Were you ever given any kind of test
17  -- proficiency test to see if you knew the material?
18    A    No.
19    Q    Okay.  Did you ever receive actual training
20  on the manual?
21    A    On the manual as in?
22    Q    I mean, you -- you knew that there was one in
23  the control room that you were kind of flipping
24  through, right?
25    A    Yes, sir.

1     Q     First couple of days you were there?

2     A     Yeah.

3     Q     Were you actually -- actually trained on the

4 manual, like the stuff in it?

5     A     No.

6     Q     I mean, for example, if I were to ask you

7 back in December of 2016, Brandon, tell me what the

8 policy is on abuse reporting, could you tell me what

9 the policy was on abuse reporting?

10     A     No, sir.

11             MR. GIBBS:   Dan, are you talking about

12 does he know it now or did he know it back --

13             MR. SMOLEN:   No, in 20 --

14     Q     (By Mr. Smolen)   Like I say, in 2016 if I

15 were you to, okay, Brandon, can you tell me what the

16 abuse reporting policy is, could you tell me?

17     A     No.

18     Q     If I were to ask you back in December of 2016

19 what the Muskogee County Regional Juvenile Detention

20 Center's grievance procedure was, would you be able to

21 tell me?

22     A     No.

23     Q     If I were to ask you back in December of 2016

24 what the staffing standard's policy was, would you

25 have been able to tell me?

1    A    I don't know.

2    Q    Can you do it now?

3    A    Oh, definitely no.

4    Q    Okay.  Section 6 of the policy and procedure

5  manual is emergency procedures.  Can you tell me what

6  the medical emergency procedure was in December of

7  2016 at the facility?

8    A    I think the only emergency that I read about

9  is like a fire or something but, you know, that's it

10 pretty much.

11    Q    Okay.  How about Section H of the policies

12 and procedure, Suicide Prevention And control?  If I

13 were to ask you what that policy was in December of

14 2016, did you know it?

15    A    No, sir.

16    Q    How about the critical incident policy and

17 procedure, would you have known that in December of

18 2016?

19    A    No, sir.

20    Q    Did you know how OJA, the county, or MCCOYS,

21 defined a critical incident in December of 2016?

22    A    Can you kind of rephrase that?

23    Q    Sure.  When I say define, what they -- what

24 they mean by a critical incident, did anyone ever tell

25 -- tell you what amounted to a critical incident in

1   December of 2016?

2       A    That night?

3       Q    No, just in general, were you ever trained on

4   the policy?

5       A    No.

6       Q    Had you ever been trained on what the

7   juvenile's rights were in the facility in December of

8   2016 or when you began working at the facility?

9       A    Their rights?

10      Q    Uh-huh.

11      A    I may have went over it.  But as of today, I

12  don't think I remember.

13      Q    Okay.  You think you would have been able to

14  tell me what the juvenile's rights were in December of

15  2016?

16      A    Yes.

17      Q    Okay.  I'm going to hand you what we're going

18  to mark as Plaintiff's Exhibit 32.

19                  (Plaintiff's Exhibit No. 32

20                   marked for identification purposes)

21              MR. ARTUS:  What is this one?

22              MR. GIBBS:  13.

23              MR. SMOLEN:  Did we cover this last

24  time?

25              MR. GIBBS:  I don't know.

1      MR. ARTUS:  What number is this one,
2  sir?
3      MR. SMOLEN:  32.
4      Q    (By Mr. Smolen)  Let's look at Page 23.  Are
5  you there?
6      A    Yes, sir.
7      Q    Do you think you -- while you wouldn't have
8  been familiar with some of those other policies I
9  asked you about, you do believe you would have been
10  familiar with the juvenile's rights?
11      A    I mean, as looking at it like freedom, you
12  know, of -- you know, the race and equal sexes and
13  stuff, yes, I understand that.  But as in the other
14  stuff I'm seeing, no, I wouldn't.
15      Q    Okay.  So you understood that you couldn't
16  treat them differently because of their race, correct?
17      A    Yes, sir.
18      Q    And you said -- you pointed out one about
19  freedom.  Show me where that one is, Brandon.
20      A    One, Freedom.
21      Q    Okay.  Freedom from discrimination.  You knew
22  they were to be free from discrimination based on
23  race?
24      A    Yes, sir.
25      Q    Other than that -- having that knowledge, you

1  weren't aware of any of the other juvenile rights that

2  they were entitled to when they were at the facility,

3  correct?

4      A    Yes, sir.

5      Q    Brandon, give me a minute.  I want to pull up

6  -- I have an audio recording from your OSBI interview.

7  Do you remember when you did that?

8      A    Yes.

9      Q    Now that was soon after this event with Billy

10  Woods, right?

11      A    Yes.

12      Q    Have you listened to your recording?

13      A    Yes, sir.

14      Q    When did you listen to it?

15      A    Yesterday.

16          MR. SMOLEN:  We can take a break just

17  real quick because I've got to set up a different

18  computer.

19          THE VIDEOGRAPHER:  Off the record at

20  11:05 a.m.

21          THE VIDEOGRAPHER:  Back on the record at

22  11:22 a.m.

23          DIRECT EXAMINATION (Cont.)

24  BY MR. SMOLEN:

25      Q    Brandon, are you ready to go?

```
1        A      Yes, sir.

2        Q      In more ways in one, are you ready to proceed

3    with the deposition, yes?

4        A      Yes, sir.

5        Q      Okay.  I want to play just this recording you

6    said you had listened to, I believe, in preparation

7    for your deposition, right?

8        A      Yes, sir.

9        Q      Okay.

10               THE COURT REPORTER:  Dan, do you want to

11   just let it play?

12               MR. SMOLEN:  Yeah, just let it play.

13   You don't need to take it down.  Well, actually, we --

14   can you try to take it down because I've -- we've had

15   these problems before where we've done this in the

16   depositions and we've not recorded it and you can't

17   tell what the questions are about because there's no

18   context.

19               THE COURT REPORTER:  Okay.

20               MR. SMOLEN:  But it's pretty --

21               MR. HELM:  I have it -- I have it on a

22   flash drive as well if you say the timestamp if she

23   needed to read -- or listen to it.

24               MR. SMOLEN:  Are you guys okay if Marisa

25   -- if we just give her the times that we play so that
```

1  she doesn't have to take it contemporaneously or would

2  you rather her take it contemporaneously?

3  　　　　　　　MR. WOOD:  I'd rather just do the times.

4  　　　　　　　MR. SMOLEN:  Okay.  Is that okay?

5  　　　　　　　MS. FOUTCH:  Yeah.

6  　　　　　　　MR. GIBBS:  And just so we're good,

7  you're not -- are we going to listen to the whole

8  thing or are you just --

9  　　　　　　　MR. SMOLEN:  No, no, no, there's just

10 these certain times, yeah.

11 　　　　　　　MR. GIBBS:  Gotcha.

12 　　　　　　　MR. SMOLEN:  And then that way, she

13 doesn't haven't transcribe the whole thing.

14 　　　　　　　MS. FOUTCH:  Do you want to note for the

15 record what the times are?

16 　　　　　　　MR. SMOLEN:  Yeah, I'm going to --

17 　　　　　　　MS. FOUTCH:  Okay.

18 　　　　　　　MR. SMOLEN:  We're going to put it in

19 right now.  We're starting at --

20 　　　　　　　MR. ARTUS:  Are you -- are you going to

21 try to type it up anyway as we go or you just going to

22 kick back and watch -- listen to it later?

23 　　　　　　　MR. SMOLEN:  And she'll have a recording

24 of it, Andy.  I mean, she'll have the -- so if there's

25 ever any issues, you'll have a digital recording of

40

1   the session, right?

2                   THE COURT REPORTER:   Right.   But you're

3   not wanting me to --

4                   MR. SMOLEN:   Right.   I'm just saying if

5   Andy has an issue about the way it ultimately the way

6   the transcription is done, we'll still have a copy of

7   the audio recording of the deposition so you can

8   double check it.

9                        (Audio playing)

10                  MR. ARTUS:   Okay.   And did you tell us

11  the time we're -- we're starting?

12                  MR. SMOLEN:   12:49.

13                  MR. HELM:   Okay, sorry, I was playing it

14  fast there.   It's actually 12:20.

15                  MR. SMOLEN:   Oh, we stopped that at

16  13:36.

17                  MR. ARTUS:   And just for the record, it

18  was 12:20 through 13:36?

19                  MR. SMOLEN:   Yeah.

20   Q    (By Mr. Smolen)   So we've had an opportunity

21  to listen to that segment of the recording with OSBI

22  where you were interviewing with Jeremy Yerton,

23  correct?

24   A    Yes, yes, sir.

25   Q    And he asked you about the way you did

1    15-minute checks, and you said you had really never

2    done them?

3         A    I --

4         Q    Do you recall hearing that?

5         A    Yes, yes, sir.

6         Q    Okay.  Was that a true statement?

7         A    It's -- it's a true statement.  But as far as

8    me getting the papers and -- and doing the 15-minute

9    check on how long somebody is in their room like just

10   fully my initials, no, I haven't.  But I have been

11   told like, Hey, go check on one or two times before

12   but...

13        Q    Right, one or two times.  That's the way I

14   understood what you were telling Yerton was that,

15   look, I've been asked to go check on some inmate -- or

16   a couple of times go check on some juveniles?

17        A    Uh-huh.

18        Q    Right?

19        A    Yes, sir.

20        Q    And they would kind of tap on the glass in

21   the control tower and just tell you go check, right?

22        A    Uh-huh.

23        Q    Yes?

24        A    Yes, sir.

25        Q    But overall, as far as like routinely doing

1  15-minute checks, you weren't doing that?

2      A    No, sir.

3      Q    Okay.  Was anybody doing routine 15-minute

4  checks that you were aware of?

5      A    Are we talking about everybody else or

6  just...

7      Q    Every other person?

8      A    Yes.

9      Q    Okay.  Who was doing 15-minute checks?

10      A    Shift supervisors or shift leaders.

11      Q    Okay.  And did you actually observe them

12  doing it every 15 minutes?

13      A    Yes.

14      Q    Okay.  Why were there times when your

15  initials were on 15-minute check forms but you didn't

16  do the 15-minute checks?

17      A    Are we talking about this or other --

18              MS. FOUTCH:  Object to the form.

19      Q    (By Mr. Smolen)  Well, you said you had never

20  really done 15-minute checks except the one or two

21  times you had been asked to go check on a juvenile,

22  correct?

23      A    That's true.

24      Q    Okay.  And so if we find your initials next

25  to either Billy Woods' 15-minute check form or any

1    A    No, my supervisor would.

2    Q    Okay.  And do you know he did that or are you

3  just assuming that he would be the one to do that?

4    A    I assume.

5    Q    You assume, right?

6    A    Uh-huh.

7    Q    You never actually saw him, you know, doing

8  the reports and turning them in?

9    A    No.

10    Q    For what period of time was Jerrod Lang your

11  supervisor?

12    A    I would think the three months I worked

13  there.  It was on and off.

14    Q    Okay.  And was he the one who was primarily

15  -- when you said that you kind of did this on the job

16  shadowing, would Jerrod do that with you?

17    A    I believe Jerrod done it once, but he wasn't

18  the first one that -- it was a guy named Kevin.

19    Q    Let's look at -- let's go ahead and look at

20  Exhibit 5.

21              (Plaintiff's Exhibit No. 5

22               marked for identification purposes)

23    Q    Have you seen this document before?

24    A    Yes, sir.

25    Q    Okay.  Is it one of the documents that you

1    reviewed in preparation for your deposition?

2        A     Yes, sir.

3        Q     And is it your handwriting and signature on

4    the form?

5        A     Yes, sir.

6        Q     And do you recall when you filled the form

7    out?

8        A     Maybe the day of the incident.

9        Q     Okay.  You think you filled it out the day of

10   the incident?

11       A     Yeah.

12       Q     Okay.  And tell me who was there when you

13   filled it out?

14       A     Me, Jerrod, Angela, and Jackie.

15       Q     Okay.  Was Joe present?

16       A     I can't remember.

17       Q     Possible that he was?

18       A     Yeah, it's possible.

19       Q     Okay.  And where were you guys altogether

20   when you filled these forms out?

21       A     I believe we were in the control room.

22       Q     Okay.  And were you asked to fill them out?

23       A     Yes.

24       Q     Who asked you to fill them out?

25       A     It may have been Joe.

1    Q    Let's look at yours, okay?

2    A    Okay.

3    Q    You say -- and I'm just going to start

4    halfway through this, all right?

5    A    Okay.

6    Q    You say:  I screamed out Billy because he was

7    the first for showers.  Now how did you know he was

8    the first for showers?

9    A    The way they had it set up there, there's

10   five rooms on each side so it was on paper like to see

11   like -- I think out of five rooms, it may be like 4,

12   1, 2, 3, 5 so that No. 1 was -- No. 1 -- he was the

13   first one.

14   Q    And his name was next to No. 1?

15   A    Yes.

16   Q    Is that how you knew his name?

17   A    Yes.

18   Q    I mean, had you ever had any interaction with

19   Billy Woods?

20   A    No, sir.

21   Q    Had you ever been told anything about Billy

22   Woods?

23   A    No, sir.

24   Q    You said:  I was told he was still in his

25   room, right?

1    A    Yes, sir.

2    Q    Who told you that?

3    A    It could have been -- it could have been

4  Jackie or Jerrod or I think maybe a kid shouted out he

5  was in his room when -- I don't -- I don't think they

6  can talk out like that, but I think it may have been.

7    Q    Okay.  It says:  He came out and showered for

8  me, right?

9    A    (Moving head up and down)

10    Q    Was he compliant when you asked him to come

11  take a shower?

12    A    Yes.

13    Q    Okay.  And then what do you recall next?

14    A    I recall next I put him in his shower, and I

15  think I talk -- I talked to him and told him how it

16  was done and he went in there and that was it.

17    Q    Okay.  And do you recall him coming out of

18  the shower and asking you to go back to his room?

19    A    When he came out of his room, I asked him --

20  because that was my first time ever seeing him.  I

21  thought all ten people was on the floor.  I never seen

22  him come from court that day, so I would figure all

23  ten guys was on the floor.  And when I pulled him out,

24  I said, Hey, do you want to go watch TV with the other

25  guys.  And he said, No, I want to go to my room.

1      Q      Okay.  Was he disrespectful to you?

2      A      No.

3      Q      And was it okay for him to go do that, to be

4   in his room if he wanted to be?

5      A      Yes.

6      Q      And did that -- if -- if Billy wanted to be

7   in his room, would that require you to do anything

8   additional as a floor worker there at the facility?

9      A      Yes.

10     Q      What would it require you to do?

11     A      Checks.

12     Q      Okay.  So you knew that you were supposed to

13  do 15-minute checks when Billy went back to his room?

14     A      When I pulled him out and that was my first

15  time seeing him, I expect the people that was on the

16  floor had already knew it.  And when I pulled him out

17  and noticed he was in his room, I thought he was

18  getting checked on from that point, you know.

19     Q      Who did you think was checking on him?

20     A      Supervisor.

21     Q      Okay.  And that would have been Jerrod?

22     A      Yes.

23     Q      On that particular shift?

24     A      Yes.

25     Q      Did you ever tell Jerrod that Billy had asked

1  to go back and be in his room?

2      A     I think I had.  I think I did.  I think I

3  looked up at him and he wanted to go back to his room

4  so, yes.

5      Q     Okay.  So you think Jerrod -- you had

6  specifically informed Jerrod that Billy would be in

7  his room when Billy had asked to go back to there?

8      A     Yeah.

9      Q     You said:  I went to control room because

10  Angie was doing phone calls?

11      A     Uh-huh.

12      Q     What's phone calls?

13      A     Phone calls is a -- a certain amount of time

14  when the juveniles are watching TV and you pull them

15  one by one to do phone calls with -- to talk with

16  parents and -- and that.  So I went to the control

17  room, and I believe Jackie and Jerrod stayed on the

18  floor and I was just in the control room.

19      Q     Okay.  And were you assigned to the control

20  room?

21      A     For that day, no.

22      Q     Okay.  So why -- Angie is doing these phone

23  calls.  Why would you need to be in the control room?

24      A     No one else was in there and someone has to

25  be up there.

1    A    Yes.

2    Q    To your knowledge, were any other forms

3  completed after Billy Woods' body was discovered in

4  his cell?

5    A    Not that I know of.  Well, I don't do like

6  the shift notes, daily notes.  So, yes, you know,

7  between 3:00 and the end of the shift, someone writes

8  out the whole day as the day go by.  So, no, I didn't

9  -- I wasn't aware of when it was done.

10    Q    It's possible that the daily notes were

11  completed after Billy was found in his room?

12    A    Possible.

13    Q    Okay.  Who would have been the person filling

14  that information out?

15    A    Jerrod.

16    Q    You say:  I was told to come down ASAP.  I

17  thought I was going to prepare for takedown?

18    A    (Moving head up and down)

19    Q    What is takedown?

20    A    Taking a juvenile down after the two was

21  fighting.  You know, if somebody had to hold one and I

22  had to hold the other, so that's what I thought was

23  going on.

24    Q    How frequent were you guys having to do

25  takedowns?

```
 1      A     I only seen one.

 2      Q     Why did you think that you were going to need

 3   to prepare for takedown?

 4      A     We had a couple -- we had a couple of

 5   juveniles in there that was not getting along so well.

 6      Q     So when you -- I -- I just needed to clarify

 7   this.  When you said prepare for takedown, it wasn't

 8   to take somebody down who had hung themselves?

 9      A     No.

10      Q     You said:  I noticed everyone was in their

11   rooms.  Why was it important for you to put that in

12   your report?

13      A     When I hit the floor, I seen Jerrod on one

14   side and I seen Jackie on the other side, so I thought

15   I needed to hit the floor to -- for Jackie to leave

16   the floor for us to take someone down, whatever the

17   problem was.  But I got on there and seen like

18   everybody was still in their rooms, so that's why I

19   was --

20      Q     It didn't appear to you like there was a

21   fighting that was getting ready to break out, correct?

22      A     Yes.

23      Q     Okay.  Now when you were in the control room

24   and Angie was doing phone calls, okay?

25      A     Okay.
```

64

```
 1      Q      Were you monitoring the cameras?

 2      A      Monitoring the cameras as in?

 3      Q      The control room?

 4      A      Yes.

 5      Q      Okay.  So, I mean, that was why you were

 6   there, right?

 7      A      Yes.

 8      Q      Angie was doing phone calls so you were going

 9   to be there to monitor the facility?

10      A      Yes, sir.

11      Q      Okay.  And wouldn't you have seen from the

12   control room that there wasn't a fight?

13      A      Yes.

14      Q      Okay.  So you knew there wasn't -- I mean,

15   you would have seen the kids going back to their

16   rooms, right?

17      A      Yeah.

18      Q      Do you know how long the kids had been in

19   their rooms at the time Mr. Lang told you to come

20   down?

21      A      No.

22      Q      How did Jerrod tell you to come down?  Did he

23   call you over an intercom?  Did he actually show up in

24   the control tower?

25      A      I think he may have walked past the control
```

1   tower and told me to get down there.

2       Q    Okay.  And what do you recall his demeanor

3   being like?  How was he acting?

4       A    As if something was happening, something went

5   -- went down.

6       Q    Okay.  Describe to me what you mean by that.

7       A    I seen in his face something was serious

8   going on.

9       Q    Okay.  You said, I asked Jerrod two times

10  what's going on.  We got to the control room.  He told

11  all, Billy hung himself.  Everyone freaked out.  Do

12  you have a specific recollection of that?

13      A    Yes, everybody went -- everybody was shocked.

14      Q    Okay.  And when you say everyone freaked out,

15  what do you mean by freaked out?

16      A    Surprised.  My aunt that was there, she was

17  crying and I was shocked.  I was shocked as well but

18  everybody was, yeah, pretty shocked.

19      Q    Okay.

20      A    You know, are you serious?  You know, like

21  are you for real?

22      Q    How long did you guys in that room talk about

23  it during -- I mean, you described it as a freakout,

24  but how long did that freakout last where everyone was

25  discussing what had happened?

```
 1        A     It was -- it was for a minute until I asked
 2   Jerrod, are you serious?  Let's check on him.
 3        Q     Okay.  And had your aunt already started
 4   crying?
 5        A     Yes.
 6        Q     Okay.  So your aunt is crying, you guys are
 7   in there for a minute.  And I -- when you say for a
 8   minute, you're using that as a figure of speech,
 9   right?
10        A     Yes.
11        Q     I mean, you don't know how many minutes it
12   took place, right?
13        A     Yes, sir.
14        Q     Okay.  Long enough to have a discussion for
15   your aunt to start crying and you to start questioning
16   Mr. Lang?
17        A     Yes.
18        Q     Okay.  And you say we should go check on him,
19   right?
20        A     Yes, sir.
21        Q     Okay.  To your knowledge, at that point
22   before you say we should go check on him, had anybody
23   checked on him?
24        A     Could you repeat that?
25        Q     Sure.  At the moment once you say, hey,
```

1    everyone is freaking out in the control room, aunt is

2    crying and you say, Jerrod, we should go check on him,

3    to your knowledge, prior to you saying we should go

4    check on him, had anybody actually checked on Billy

5    Woods?

6         A    No.

7         Q    So what was Jerrod's reaction when you said

8    we should go check on him?

9         A    He basically just followed me out.

10        Q    Okay.  You say we went to check on him, BM

11   and JL.  That's you and Jerrod Lang, right?

12        A    Yes.

13        Q    Because other staff couldn't see him like

14   that, right?

15        A    Yes.

16        Q    How did you know that -- when you say because

17   other staff couldn't see him like that, was that a --

18   did they tell you that?

19        A    My auntie couldn't go down there.

20        Q    Okay.  Because --

21             THE COURT REPORTER:  Wait.  Say that one

22   more time.

23             MR. SMOLEN:  His auntie couldn't go down

24   there.

25             THE COURT REPORTER:  Okay.

1  Woods still had a chance of living?

2      A      Still needs...

3      Q      Okay, take a minute.  This is the first time

4  when you and Jerrod walked in, okay?

5      A      (Moving head up and down)

6      Q      Do you recall Jerrod doing anything?

7      A      No.

8      Q      Do you recall Jerrod saying anything to you?

9      A      Yes.

10     Q      What do you recall?

11     A      I just looked at him and asked him could we

12 get him down?  Do we do CPR?

13             MR. WOOD:  I'm having a little trouble

14 hearing you.  Can you speak up?

15             MS. FOUTCH:  Yeah.

16             THE WITNESS:  I asked him, do we get him

17 down from here?  Do we do the CPR?

18     Q      (By Mr. Smolen)  And what do you recall

19 Mr. Lang's reaction to your question being?

20     A      He's gone.

21     Q      Okay.  Did you ask him how he knew he was

22 gone?

23     A      No.

24     Q      Okay.  And when Jerrod told you he's gone,

25 did you two just leave the room?

1   A   Yes.

2   Q   Okay.  And where did you go next?

3   A   Up to the control room.

4   Q   Okay.  And what happened next?

5   A   Everybody is still in shock talking back and

6   forth.  And me not being there that long, I'm looking

7   at everybody, you know, basically like what do we do?

8   You know, I'm looking at people that been there long

9   enough to -- to react, to call to, you know, get this

10  handled since that had happened.

11  Q   Is it fair to say that you didn't feel like

12  you were trained in how to handle that situation?

13  A   No, I wasn't.

14  Q   Did anyone appear to be trained in how to

15  handle that situation?

16  A   No.

17  Q   And so what did you collectively do as a

18  group at that point?

19  A   Well, I was shooken up still.  And one person

20  was talking about calling Joe, one person was like

21  911.

22  Q   Okay.  Do you recall who was talking about

23  calling Joe?

24  A   No.

25  Q   Okay.  So was a decision made as to whether

1   to call Joe or 911 at that point?

2       A     No.

3       Q     Okay.  Do you know that Joe was called first

4   before 911?

5       A     Yes, I think, yes.

6       Q     Okay.  And were you there when Joe was

7   called?

8       A     Yes, I may have still been in the control

9   room, yes.

10      Q     Okay.  And do you recall what Joe said?  Was

11  it -- was it a call on a speakerphone?

12      A     I don't recall it being on speakerphone.

13      Q     Okay.  Do you recall who called Joe?

14      A     No.

15      Q     Do you recall whoever that person was, what

16  they told you when they got off the phone with Joe?

17      A     Call 911.

18      Q     Okay.  And then did somebody call 911?

19      A     Yes.

20      Q     Do you recall Jerrod Lang telling you not to

21  touch Billy Woods when you went down there for the

22  first time to observe him hanging in the room?

23      A     Yes.

24      Q     Did he ever explain to you why he didn't want

25  you to touch him?

```
 1        A     He told me it was like a crime scene.
 2        Q     Okay.  At this point in time, though, it's
 3   fair to say that you guys hadn't even checked to see
 4   if Billy Woods had a pulse, correct?
 5        A     Yes.
 6        Q     It's also fair to say that no one had
 7   attempted to take Billy down and see if he could even
 8   be revived, correct?
 9        A     Yes.
10        Q     You guys didn't even know whether Billy Woods
11   was dead or not, correct?
12                  MR. GIBBS:  Object to the form.
13                  MS. FOUTCH:  Same objection.
14                  THE WITNESS:  He looked like he had been
15   there for awhile.
16        Q     (By Mr. Smolen)  Okay.  What -- what makes
17   you say that?
18        A     His color in his face.
19        Q     Okay.  What was the color in his face?
20        A     So pale.  And I don't know if I seen blue or
21   purple but he just looked -- when we walked in there,
22   it just looked like it was maybe 30 minutes.  It
23   didn't look like it was just, you know, can bring him
24   back.  It just looked finished.  It was just...
25        Q     Okay.  Had you ever seen a body in that
```

1   paragraph.  And just for the record, we're on Muskogee

2   EMS20, okay?  And this was a suicide attempt at the

3   MCCOYS facility that was at 601 West Shawnee, okay,

4   prior to the new facility opening up.

5       In the narrative, it states that there was 16-year

6   old male patient.  The patient was in the custody of

7   the Muskogee County Juvenile Detention Center.  He

8   reportedly made a noose out of a shirt and sock.  The

9   patient then reportedly tied to a vent in the ceiling

10  and then put it around his neck and tried to hang

11  himself.

12      The detention officer found him hanging during one

13  of the 15-minute checks.  The officer states that the

14  patient was blue in the face and was not responsive

15  when she found him.  The detention officer got the

16  noose off of the patient and laid him flat on the bed.

17  The detention officer states that the patient then

18  started to get color back in his face and woke up; do

19  you see that there?

20      A    Yes.

21      Q    Okay.  And this portion where it says --

22  we're -- we're referring here.  The officer states

23  that the patient was blue in the face and was not

24  responsive, okay?  Is that what you observed when you

25  walked into Billy Woods' room?

1      A      I observed he was gone.

2      Q      Okay.  You said that you had never seen a

3  dead body before?

4      A      Correct.

5      Q      Okay.  It's fair to say that you weren't

6  medically qualified to make that determination,

7  correct?

8      A      Correct.

9      Q      Okay.  I just want to know what you actually

10 observed, what you -- what you saw, okay?  You saw

11 Billy briefly there hanging from a sheet, correct?

12     A      Yes.

13     Q      You said that he had a blue or purplish

14 color in his face, correct?

15     A      (Moving head up and down)

16     Q      Yes?

17     A      Yes.

18     Q      And that's similar to how this worker

19 describes this other juvenile that's found, correct?

20     A      This --

21              MR. GIBBS:  Just answer his question.

22              THE WITNESS:  This is different.

23     Q      (By Mr. Smolen)  Okay.  But with all due

24 respect, Brandon, you weren't here working in 2014

25 when this happened, correct?

1          THE WITNESS:  Could you repeat that?

2     Q     (By Mr. Smolen)  Sure.  You wanted to go try

3   to do CPR, right?

4     A     (Moving head up and down)

5     Q     Yes?  I'm sorry, I've got to get a verbal

6   response for her.

7     A     Yes.

8     Q     And when you went down there with your

9   supervisor, he told you not to touch him, not to

10  perform CPR, correct?

11    A     Yes.

12    Q     Had your supervisor not told you that, would

13  you have attempted to perform the CPR on which you

14  were trained on how to do?

15          MR. GIBBS:  Object to the form.

16          THE WITNESS:  No.  I was looking for my

17  supervisor to get down there before I do.

18    Q     (By Mr. Smolen)  Right, right.  But what I'm

19  saying is you're down -- I mean, at this point, you're

20  down there with your supervisor, right?

21    A     Yes.

22    Q     You're going down there because you want to

23  try to save his life, right?

24    A     Yes.

25    Q     Okay.  But when you get down there, your

1   supervisor tells you not to do it, right?

2      A     He couldn't do it.

3      Q     Not only could he not do it, he told you not

4   to do it, right?

5      A     (Moving head up and down)

6      Q     Yes?

7      A     (Moving head up and down)

8      Q     Again, I've got to get a verbal --

9      A     Yes.

10     Q     Okay.  Would you have done CPR but for Jerrod

11  telling you not to?

12                 MR. GIBBS:  Object to the form.

13                 MS. FOUTCH:  Same objection.

14                 THE WITNESS:  No.

15     Q     (By Mr. Smolen)  Why?

16     A     I left it up to my supervisor to make that

17  move.

18     Q     Okay.  But you were actually in the process

19  to go do it?

20     A     Yes, I would have felt better if he would

21  have.

22     Q     Your preference would have been to have your

23  supervisor do it, right?

24     A     Yes.

25     Q     I'm assuming your preference would have been

```
 1     Q     If, okay.
 2            MR. GIBBS:  I don't think he was done.
 3     Q     (By Mr. Wood)  Explain your response, please.
 4     A     My supervisor was to get down there with me.
 5     Q     You knew that you could have tried to remove
 6  the sheet?
 7     A     No.
 8     Q     Why not?
 9     A     If I couldn't get help to CPR then -- or even
10  touch him or any of that, then taking him down was
11  just...
12     Q     Now in fairness, I want you to think about
13  this.  Was the reason that you didn't get down there
14  and try to remove the sheet and didn't do any chest
15  compressions, was that because Jerrod was telling you
16  not to?
17            MR. SMOLEN:  Object to the form, asked
18  and answered.
19            MS. FOUTCH:  Same objection.
20            THE WITNESS:  Yes.  But other than that,
21  I was shocked and...
22     Q     (By Mr. Wood)  Okay.  So, again, in fairness,
23  you knew some things that you -- you could have done,
24  chest compression, rescue breaths, try to remove the -
25  -the noose, but you didn't do that because Jerrod --
```

1   Jerrod said, Don't touch him; is that fair?

2                    MR. SMOLEN:  Object to the form.

3                    MS. FOUTCH:  Object to the form.

4                    THE WITNESS:  Yes, but I haven't

5   experienced this type of -- this type.

6       Q    (By Mr. Wood)  Right.  And that's fair.  I

7   understand that.  So you had some -- some available

8   things that you could have done and you knew that, but

9   you didn't do it because Jerrod said, Don't touch him,

10  and it was a shocking situation to you?

11                   MR. SMOLEN:  Object to the form.

12      Q    (By Mr. Wood)  Is that the way it was?

13                   MR. GIBBS:  Object to the form.

14                   MS. FOUTCH:  Objection.

15                   THE WITNESS:  Yes, it was but not nobody

16  wanting to hang theirself.

17                   MR. WOOD:  That's all the questions I

18  have.

19                   CROSS-EXAMINATION

20  BY MS. ZAMARRIPA:

21      Q    Hi Brandon.  My name is Jackie Zamarripa.  I

22  represent the Office of Juvenile Affairs and Steven

23  Buck.  I have a couple of questions.  First, do you

24  know who Stephen Buck is?

25      A    No.

1    Q    Are you there?

2    A    Yes, sir.

3    Q    Okay.  And just follow along with me.  I'm

4  going to read from Paragraph 1, okay?

5    A    All right.

6    Q    The daily note sheet for resident Billy Woods

7  was preemptively filled out for the entire 3:00 p.m.

8  to 11:00 p.m. shift on 12/15/16.  That's a true

9  statement, correct?

10    A    Yes.

11    Q    Okay.  Woods' body was discovered in his cell

12  at 8:34 p.m. after Woods had not been checked for

13  approximately two hours and two minutes, true?

14    A    True.

15    Q    Checks were initiated through 10:45 p.m. as

16  having been completed.  That's true as well, correct?

17              MR. GIBBS:  Initialed.

18    Q    (By Mr. Smolen)  Initialed, through 10:45

19  p.m. as having been completed, correct?

20    A    Have --

21    Q    I know you didn't do it, but the form Billy

22  Woods' room checks were initialed through 10:45 p.m.

23  as having been completed, correct?

24    A    And that's --

25    Q    On the --

```
1        A     -- other kids?

2        Q     No, on Billy's form, okay?

3        A     Okay, yes.

4        Q     You knew that it had been initialed through

5   10:45 -- 10:45 p.m. as if it had been completed,

6   correct?

7        A     Correct.

8        Q     OKAY.  And that's a true statement in this

9   report, correct?

10       A     Yes.

11       Q     Okay.  Looking at Paragraph 2, okay, the

12  daily note sheets for Woods had initials for Miller

13  and Lang at 6:45, 7:00, 7:15, 7:30, 7:45, 8:00 p.m.,

14  8:15 p.m., and 8:30 p.m.  That's also true, correct?

15       A     No.

16       Q     Okay.  What's inaccurate about that?

17       A     My initials on the time checks.

18       Q     Well, we know they weren't your initials?

19       A     Yeah.

20       Q     That's what you're saying?

21       A     Yes.

22       Q     Okay.  But as far as your initials being

23  placed on the form by somebody else, they were on --

24  actually on the form, correct?

25       A     Yes.
```

1    Q   Okay.  So the daily note sheets for Woods had

2  your initials and Lang's initials at 6:45, 7:00, 7:15,

3  7:30, 7:45, 8:00, 8:15, and 8:30, correct?

4    A   Correct.

5    Q   Okay.  A review of video showed none of these

6  checks were completed by any staff.  That's also true

7  that you guys didn't do the checks, correct?

8    A   Correct.

9    Q   It goes on to state that:  Miller, Lang, and

10  Winkle were all in the area outside of Woods' room at

11  multiple and various times during the times in

12  question but checks were not completed.  That's also

13  true, correct?

14    A   Correct.

15    Q   At approximately 7:32 p.m., Miller placed his

16  hands on the door to Woods' room, but he did not check

17  on Woods.  That's accurate, correct?

18    A   That's true but the focus was on the shower.

19    Q   Okay.

20    A   And me pulling him out at 6:00 something.

21    Q   Okay.

22    A   I expect that the checks was handled --

23    Q   Okay.

24    A   -- you know, when he got from court.

25    Q   At approximately 7:37 p.m., Miller was

1  standing beside Woods' door but did not check on

2  Woods.  That's true, correct?

3      A    Yes.

4      Q    Paragraph 3:  The daily note sheets for other

5  nine residents that the facility did not have

6  15-minute checks documented from 8:00 p.m. to 10:45

7  p.m., correct?

8      A    Yes.

9      Q    Earlier, you testified that checks were

10  always done.  If that is, in fact, true, can you tell

11  the jury why the nine other residents checks were not

12  completed on 12/15?

13      A    Everybody -- everybody there that worked

14  during the night had their mind stuck on one thing and

15  that was Billy and EMS, police, and everybody else

16  that was there.  So we had got reminded by someone

17  that, Hey, these other kids still need checked.

18      Q    Okay.  Looking at No. 4.  Are you there?

19      A    Yes.

20      Q    Halfway through:  15-minute checks were not

21  completed for residents in the west wing until Miller

22  opened the flap covering the indoor window for Room

23  No.5 at approximately 9:04 p.m.  At that point, 26

24  minutes had passed without any checks.  Miller did not

25  check the residents in Room 2, 3, or 4 at that time.

```
 1       A     No.

 2       Q     Okay.  No. 14, okay?  It says that -- I'm at

 3   the last sentence, okay, of 14.  None of them,

 4   referring to you and your co-worker, okay?  None of

 5   them indicated any knowledge of five-minute check

 6   requirements for suicide precautions.  Had you ever

 7   been trained on five-minute suicide precaution checks?

 8       A     Never.

 9       Q     Never heard that before --

10       A     No.

11       Q     -- prior to Mr. Woods' death, correct?

12       A     Yes, never.

13       Q     Did anyone ever talk to you about the

14   necessity to monitor residents, children who were

15   residing there that had showed suicidal ideation

16   through the intercom?

17       A     No.

18       Q     When did you stop working at the facility,

19   Brandon?

20       A     I believe December 22nd.

21       Q     Okay.  So you would have been employed there

22   when Jacob Parsons was housed there?  Look at

23   Paragraph 15.

24       A     Jacob Parsons?

25       Q     Resident Jacob Parsons was placed at the
```