ROOM # 01      DAILY NOTES      DET #16-17-48

NAME  BILLY "DUAIN" WOODS    DATE: 12-15-16    LEVEL: II-1    DAY: 02

**7:00AM-3:00PM**

Res. #1 stated that he wasn't feeling well and ask if he could stay in his room.

score to his level

Large Muscle Activity (One Hour): COLD      Breakfast S W   Lunch S W

- 10 Minute Stretch _____
- 10 Minute Stretch _____
- 40 Minute Exercise _____
- 25 Minute Volleyball _____
- 10 Minute Stretch _____
- 25 Minute Basketball _____

[activity grid 7:00AM–2:45PM with initials]

SHIFT SUPERVISOR  Anthony Cornwell     POINTS  7

**3:00PM-11:00PM**

Billy cooperated in the program Below average he stayed in his Room the whole shift he Refused to come out

Large Muscle Activity (One Hour): _____      Dinner S W   Snack

- 10 Minute Stretch _____
- 10 Minute Stretch _____
- 40 Minute Exercise _____
- 25 Minute Volleyball _____
- 10 Minute Stretch _____
- 25 Minute Basketball _____

[activity grid 3:00PM–10:45PM with initials]

SHIFT SUPERVISOR  [signature]     POINTS  1

**11:00PM-7:00AM**

SHIFT SUPERVISOR _____

TODAY'S POINTS: _____    YESTERDAYS POINTS: N/A    TOTAL POINTS: _____

*N\A FIRST DAY OF LEVEL      TOMORROW'S LEVEL _____

PLAINTIFF'S EXHIBIT 16

CONFIDENTIAL      MCCOYS 50