# MUSKOGEE COUNTY
## REGIONAL JUVENILE DETENTION CENTER
## ADMISSION SHEET

JOLTS #: 99215000801

DETENTION #: 16-17-48

O.J.A. COURT #: Pending

MEDICAL CARD #: 028925727

DETAINING COUNTY: Muskogee

## PERSONAL INFORMATION

RESIDENT'S NAME: Billy / K Duain (FIRST)   K. Duain (MIDDLE)   Woods Mahter (LAST)

A.K.A.: Brazy     SEX: MALE ☑  FEMALE ☐     RACE: W

## TRANSPORTATION / LEGAL INFORMATION

TRANSPORTED TO DETENTION BY: (PRINT) (s) Brandon Billups (OFFICER)     MSO (AGENCY)

DATE: 12 / 15 / 16     TIME: 3:55     AM  OR  PM

CHARGES: Burg II - Obstruction of Officer

PRIORITY LEVEL: N/A

TRANSPORTING OFFICER (SIGNATURE): X Brandon Billups 5147

DETENTION STAFF (SIGNATURE): [signature]

**PLAINTIFF'S EXHIBIT 17**

CONFIDENTIAL     MCCOYS 20