

COMMISSION
FOR HUMAN SERVICES

State of Oklahoma
DEPARTMENT OF HUMAN SERVICES
## Office of Client Advocacy
Angela Burleigh, Programs Administrator
P.O. Box 25352, Oklahoma City, OK 73125
405/522-2720; FAX 405/522-2680



April 20, 2017

Joe Washington
Muskogee County Regional Juvenile Detention
601 W. Shawnee St.
Muskogee, OK 74401-3521

   Re:    OCA Number:  1806285
         Client name(s):  Woods, Billy
         Facility:     Muskogee County Regional Juvenile Detention

Dear Mr. Washington:

The Office of Client Advocacy (OCA) investigated the above noted case involving an allegation of abuse, neglect, or mistreatment. Pursuant to OCA policy, you are being informed of the findings.

| Accused caretaker | Finding |
|---|---|
| Jerrod Lang | NEGLECT SUBSTANTIATED |
| Brandon Miller | NEGLECT SUBSTANTIATED |
| Angela Miller | NEGLECT SUBSTANTIATED |
| Jerrod Lang | ABUSE SUBSTANTIATED |
| Marietta Winkle | NEGLECT SUBSTANTIATED |
| Angela Miller | CARETAKER MISCONDUCT CONFIRMED |
| Jerrod Lang | CARETAKER MISCONDUCT CONFIRMED |
| Marietta Winkle | CARETAKER MISCONDUCT CONFIRMED |
| Brandon Miller | CARETAKER MISCONDUCT CONFIRMED |

Area of concerns noted during the investigation:
Areas of concern were noted.

A copy of the investigative summary is enclosed. Attachments will be provided upon request. This summary contains information confidential under Oklahoma and Federal law. Confidential information in this record remains confidential and cannot be disclosed to others without proper authorization. Its use is limited to the purposes for which disclosure has been authorized. Any violation of the confidentiality of information in this record is a misdemeanor.

Please contact this office if there are any questions.

Enclosure
c: Jami Ledoux, Director, Children and Family Services Division
  OCA file



PLAINTIFF'S
EXHIBIT
18