# Exhibit 19

# Video 2

# To be filed Conventionally