# Exhibit 20

# Video 1

To be filed Conventionally