# Exhibit 22

# Video 3

To be filed Conventionally