Exhibit 24

Video 4

To be filed Conventionally