IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased </br></br> Plaintiff, </br></br> v. </br></br> MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), a Domestic Not-For-Profit Corporation; BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA; JERROD LANG; BRANDON MILLER; ANGELA MILLER; MARIETTA WINKLE; and STEVEN BUCK, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No.: CIV-18-108-RAW |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiff, Robbie Emery Burke, as Special Administratrix of the Estate of Billy Woods, deceased, shall conventionally file the original of the following document, paper or other material:

Flash drive containing video files containing excerpts of the Muskogee County Regional Juvenile Detention Center's surveillance video from December 15, 2016 and footage from a Muskogee Police Department Officer's body camera. The exhibits will be attached to the following Motions:

- Exhibits 19, 20, 22, and 23, attached to Plaintiff's Response in Opposition to Defendant Jerrod Lang's Motion for Summary Judgment (Doc. No. 185);

- Exhibits 24, 25, 26, 27, and 35, attached to Plaintiff's Response in Opposition to Defendant Muskogee County Council of Youth Services' Motion for Summary Judgment (Doc. No. 186);

- Exhibits 25, 26, 27, and 28, attached to Plaintiff's Response in Opposition to Defendant Muskogee County Board of County Commissioners' Motion for

Summary Judgment (Doc. No. 187); and

- Exhibits 14, 15, 16, and 20, attached to Plaintiff's Response in Opposition to Defendants Brandon Miller, Angela Miller, and Marietta Winkle's Motion for Summary Judgment (Doc. No. 188).

This document, paper, or other material has not been filed electronically because:

X     it cannot be converted to electronic format

___     the electronic file size of this material exceeds 20 megabytes (MB)

___     the Court by Order has excused electronic filing

___     it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

This document, paper, or other material will be conventionally served on all parties.

>Respectfully submitted,
>
>s/Robert M. Blakemore___
>Robert M. Blakemore, OBA #18656
>bobblakemore@ssrok.com
>Daniel E. Smolen, OBA #19943
>danielsmolen@ssrok.com
>Smolen & Roytman, PLLC
>701 South Cincinnati Avenue
>Tulsa, OK 74119
>Phone:  (918) 585-2667
>Fax:  (918) 585-2669
>*(Pro Hac Vice)*
>
>**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

>/s/ Robert M. Blakemore