IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased,<br><br>    Plaintiff,<br><br>(1) MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), a Domestic Not-for-Profit Corporation, *et al.,*<br><br>    Defendants. | Case No.: 18-CV-108-RAW |

## NOTICE RE: PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE RESPONSES TO DEFENDANTS' MOTIONS IN LIMINE (DKT. NO. 191)

COMES NOW the Plaintiff, Robbie Emery Burke ("Plaintiff"), as Administrator of the Estate of Billy Woods ("Billy" or "Mr. Woods"), deceased, and respectfully notifies this Court that, subsequent to the filing of Plaintiff's Motion to Extend Deadline to File Responses to Defendants' Motions in Limine (Dkt. No. 191), counsel for Plaintiff received emails from the remaining Defendants' counsel and is now authorized to report that counsel for Defendant Jerrod Lang and counsel for Defendants Brandon Miller, Angela Miller and Marietta Winkle are *not* opposed to the requested relief. Thus, Plaintiff's Motion is now *unopposed.*

    Respectfully submitted,

    s/Robert M. Blakemore
    Robert M. Blakemore, OBA #18656
    bobblakemore@ssrok.com
    Daniel E. Smolen, OBA #19943
    danielsmolen@ssrok.com
    Smolen & Roytman, PLLC
    701 South Cincinnati Avenue
    Tulsa, OK 74119
    Phone:  (918) 585-2667
    Fax:  (918) 585-2669
    *(Pro Hac Vice)*
    **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of April 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

      /s/ Robert M. Blakemore