UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE EMERY BURKE, as Special Administratrix of the Estate of Billy Woods, Deceased, )<br>)<br>)<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>MUSKOGEE COUNTY BOARD OF  )<br>COUNTY COMMISSIONERS,  )<br>)<br>Defendant(s). | Case No. CIV 18-108-RAW<br><br>Date:  6/25/2019<br><br>Time:  8:52 AM – 9:00 AM<br>9:07 AM – 10:56 AM<br>11:15 AM – 12:32 PM<br>1:32 PM – 2:22 PM<br>4:13 PM – 4:24 PM |

## MINUTE SHEET
## SUMMARY JURY TRIAL

Kimberly E. West, Judge        A. Winkle, Deputy Clerk        FTR – Courtroom 3

**Plaintiff's Counsel:** Dan Smolen, Joel LaCourse
**Defendant's Counsel:** Andy Artus, Taylor Riley

**MINUTES:**

Summary Jury Trial concluded.