# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: CIV-18-108-RAW<br>) |
| MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), a Domestic Not-For-Profit Corporation; BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA; JERROD LANG; BRANDON MILLER; ANGELA MILLER; MARIETTA WINKLE; and STEVEN BUCK, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the terms of a settlement agreement reached between the Plaintiff and the Defendants Muskogee County Council of Youth Services, Jerrod Lang, Brandon Miller, Angela Miller and Marietta Winkle, the parties to this action do hereby jointly stipulate to the dismissal with prejudice of all claims asserted by the Plaintiff against the Defendants Muskogee County Council of Youth Services, Jerrod Lang, Brandon Miller, Angela Miller and Marietta Winkle. This Stipulation of Dismissal With Prejudice does not dismiss any claims asserted by the Plaintiff against the Board of County Commissioners of Muskogee County.

This Joint Stipulation of Dismissal with Prejudice is filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and is signed by all parties who have appeared in this action.

Respectfully Submitted,

PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.


s/Randall J. Wood
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Carson S. Smith, OBA #22303
1109 N. Francis Ave.
Oklahoma City, Okla. 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
csmith@piercecouch.com
***Attorneys for Defendant***
***Muskogee County Council of Youth***
***Services, a nonprofit organization***

s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, Okla. 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
***Attorneys for Plaintiff***

s/Andy A. Artus
Andy A. Artus, OBA #16169
Jamison C. Whitson, OBA #18490
Taylor M. Riley, OBA #33291
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th St., 2nd Fl.
Oklahoma City, Okla. 73105
aaa@czwlaw.com
jcw@czwlaw.com
tmr@czwlaw.com
*Attorneys for Defendant*
*Board of Commissioner of*
*Muskogee County*


s/James L. Gibbs
James L. Gibbs, OBA #15689
Seth D. Coldiron, OBA #20041
GOOLSBY PROCTOR HEEFNER & GIBBS, P.C.
701 N. Broadway Ave., Ste. 400
Oklahoma City, Okla. 73102
jgibbs@gphglaw.com
scoldiron@gphglaw.com
*Attorneys for Defendants*
*Brandon Miller, Angela Miller &*
*Marietta Winkle*


s/Thomas A. LeBlanc
Thomas A. LeBlanc, OBA #14768
Jessica L. Foutch, OBA #31851
BEST & SHARP
Williams Center Tower I
1 W. 3rd St., Ste. 900
Tulsa, Okla. 74103
tleblanc@bestsharp.com
jfoutch@bestsharp.com
*Attorneys for Defendant*
*Jerrod Lang*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of August 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
*Attorneys for Plaintiff*

Andy A. Artus
Taylor M. Riley
aaa@czwlaw.com
tmr@czwlaw.com
*Attorneys for Defendant,*
*Board of County Commissioners*
*of Muskogee County, Oklahoma*

James L. Gibbs, II
Seth D. Coldiron
jgibbs@gphglaw.com
scoldiron@gphglaw.com
*Attorney for Defendants Brandon Miller, Angela Miller*
*and Marietta Winkle*


Thomas A. Leblanc
Jessica L. Foutch
tleblanc@bestsharp.com
jfoutch@bestsharp.com
*Attorneys for Defendant Lang*


                                                                   s/ Randall J. Wood
                                                                     Randall J. Wood