# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBBIE EMERY BURKE, as Special Administratrix of the Estate of BILLY WOODS, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18-CV-108-RAW<br>) |
| (1) MUSKOGEE COUNTY COUNCIL OF YOUTH SERVICES ("MCCOYS"), a Domestic Not-for-Profit Corporation,<br>(2) BOARD OF COUNTY COMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA,<br>(3) STATE OF OKLAHOMA, *ex rel.*, OFFICE OF JUVENILE AFFAIRS ("OJA"),<br>(4) JERROD LANG,<br>(5) BRANDON MILLER,<br>(6) ANGELA MILLER,<br>(7) MARIETTA WINKLE, and<br>(8) STEVEN BUCK, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY
### OF WITNESS, DR. RICHARD M. HOUGH, SR., EdD

Comes now Defendants, by and through respective counsel of record, hereby submit, pursuant to Fed. R. Civ. P. 32(a)(4)(B) and (D), the following deposition designations from the deposition testimony of Dr. Richard M. Hough, Sr., EdD:

| PAGE NUMBER | LINES |
|---|---|
| 7 | 18-25 |
| 8 | 1-9; 15-25 |
| 9 | 1-2; 5-6; 9-15; 19-22 |
| 10-13 | 1-25 |
| 14 | 1-11; 15-25 |
| 15 | 1-7; 10-24 |
| 16 | 14-25 |
| 17 | 1; 4-5; 7; 12-14; 20-25 |
| 18 | 1-23 |
| 19 | 7-11; 13-22 |
| 20 | 3-16; 18-25 |

| | |
|---|---|
| 21 | 1-17; 19-25 |
| 22 | 1-9 |
| 23 | 4-13; 22-25 |
| 24 | 1-2; 5-11; 13-25 |
| 25 | 1-4; 9-25 |
| 26 | 1-25 |
| 27 | 1-7; 10-25 |
| 28 | 1-3; 6-24 |
| 29 | 2-25 |
| 30 | 1-17; 19-25 |
| 31 | 1-25 |
| 32 | 1-9; 14-16; 20-25 |
| 33 | 1-21; 24-25 |
| 34 | 1-25 |
| 35 | 1-18 |
| 36 | 2-25 |
| 37-38 | 1-25 |
| 39 | 1-11; 13-25 |
| 40 | 1-10; 13-17; 19-25 |
| 41 | 1-25 |
| 42 | 1-11; 17-19; 21-25 |
| 43 | 1-25 |
| 44 | 1-22; 24 |
| 45 | 2-14; 17-25 |
| 46 | 1-25 |
| 47 | 1-10; 13-25 |
| 48-50 | 1-25 |
| 51 | 1-9 |
| 52 | 9-25 |
| 53 | 1-21 |
| 54 | 1-19; 23-25 |
| 55 | 1-6; 10-15; 17-19; 25 |
| 56-57 | 1-25 |
| 58 | 1-4; 7-25 |
| 59 | 1-5; 9-11; 14-25 |
| 60 | 1-25 |
| 61 | 1-4; 7-25 |
| 62 | 1-7; 12-18; 20-25 |
| 63 | 1-25 |
| 64 | 1-12; 14-25 |
| 65 | 1-16; 25 |

| | |
|---|---|
| 66 | 1-25 |
| 67 | 1-6; 9-25 |
| 68 | 1-15; 23-25 |
| 69 | 1-23 |
| 70 | 3-13; 22-25 |
| 71-72 | 1-25 |
| 73 | 1-11; 23-25 |
| 74 | 5-8; 11-25 |
| 75 | 1-25 |
| 76 | 1; 4-13; 20-22; 24 |
| 77 | 10-25 |
| 78 | 1-25 |
| 79 | 1-20; 23-25 |
| 80 | 1-2; 23-25 |
| 81 | 1-25 |
| 82 | 1-20; 22-25 |
| 83 | 1-25 |
| 84 | 1-18; 20-25 |
| 85 | 1-14; 16-25 |
| 86 | 1-25 |
| 87 | 1-5; 7-11; 13-23 |
| 88 | 1; 6-25 |
| 89 | 1-22; 25 |
| 90-92 | 1-25 |
| 93 | 1-24 |
| 94 | 4-20; 22-23; 25 |
| 95 | 1-5; 9-11; 13-25 |
| 96-97 | 1-25 |
| 98 | 1-24 |
| 99 | 1-12; 22-25 |
| 100 | 1-25 |
| 101 | 1-5; 7-22 |
| 103 | 11-15; 21-25 |
| 104 | 1; 6-25 |
| 105 | 2-25 |
| 106-108 | 1-25 |
| 109 | 1-14; 16-17 |
| 110 | 1-25 |
| 111 | 10-25 |
| 112 | 1-25 |
| 113 | 1-20 |

| | |
|---|---|
| 114 | 8-25 |
| 115 | 4-9 |
| 117 | 23-25 |
| 118 | 1-5; 13-23 |
| 120 | 8-25 |
| 121 | 1-24 |
| 122 | 22-25 |
| 123 | 1-17 |
| 124 | 4-25 |
| 127 | 3-19; 24-25 |
| 128 | 1-14 |
| 134 | 12-20 |
| 136 | 20-25 |
| 137 | 1-9; 11; 13-24 |
| 141 | 1-15 |
| 154 | 9-11; 15-25 |
| 155 | 1-22 |
| 156 | 22-23; 25 |
| 157-158 | 1-25 |
| 159 | 1-13 |
| 163 | 7-25 |
| 164-165 | 1-25 |
| 166 | 1-6; 8-25 |
| 167 | 1-5; 9-25 |
| 168 | 1-5; 10-12; 25 |
| 169 | 1-20 |
| 171 | 13-25 |
| 172 | 1-14; 16-19 |

Respectfully submitted,

s/ Andy A. Artus
Andy A. Artus, OBA No. 16169
Taylor M. Tyler, OBA No. 33291
Michael L. Carr, OBA No. 17805
COLLINS, ZORN & WAGNER, P.C.
429 N.E. 50th, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: aaa@czwlaw.com
        tmt@czwlaw.com
        mlc@czwlaw.com
*Attorneys for Defendant Board of Commissioners of Muskogee County, Oklahoma*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen, via electronic mail at: danielsmolen@ssrok.com
Robert M. Blakemore, via electronic mail at: bobblakemore@ssrok.com
Bryon D. Helm, via electronic mail at: bryonhelm@ssrok.com
701 South Cincinnati Avenue
Tulsa, OK 74119

-and-

Joel A. LaCourse, OBA No. 17082
Caleb Salmon
LaCourse Law, PLLC
715 S. Elgin Ave.
Tulsa, OK 74120
Telephone:    (918) 744-7100
Facsimile:    (918) 477-2299
Email:        Joel@lacourselaw.com
*Attorneys for Plaintiff*

Randall J. Wood, OBA, #10531
Robert S. Lafferrandre, OBA No. 11897
Carson C. Smith, OBA No. 22303
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis
Oklahoma City, OK 73106
Telephone:    (405) 235-1611
Facsimile:    (405) 235-2904
Email:        rwood@piercecouch.com
              rlafferrandre@piercecouch.com
              csmith@piercecouch.com
***Attorney for Defendant Muskogee County Council
of Youth Services***

Jacqueline R. Zamarripa, CBA #304681
Richard N. Mann, OBA #11040
Assistant Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone:    (405) 521-3921
Facsimile:    (405) 521-4518
Email:        Jackie.zamarripa@oag.ok.gov
              Richard.mann@oag.ok.gov
***Attorneys for Oklahoma Juvenile Affairs
and Steven Buck***

James L. Gibbs, II, OBA No. 15689
Seth D. Coldiron, OBA 20041
GOOLSBY, PROCTOR, HEFNER & GIBBS, PC
701 N. Broadway Ave., Suite 400
Oklahoma City, OK 73102-6006
Telephone:    (405) 524-2400
Facsimile:    (405) 525-6004
Email:        jgibbs@gphglaw.com
              scoldiron@gphglaw.com
***Attorney for Defendants, Brandon Miller,
Angela Miller and Marietta Winkle***

Thomas A. LeBlanc, OBA No. 14768
Todd M. Wagner, OBA No. 30278
Jessica L.  Foutch, OBA No. 31851
Ryan A. McDonald, OBA No. 31645
Best & Sharp
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone:      (918) 582-1234
Facsimile:      (918) 585-9447
Email:      tleblanc@bestsharp.com
            twagner@bestsharp.com
            jfoutch@bestsharp.com
            rmcdonald@bestsharp.com
***Attorneys for Defendant, Jerrod Lang***

                s/ Andy A. Artus
                Andy A. Artus