IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of BILLY WOODS, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 18-CV-108-RAW ) ) |
| | ) Jury Trial Demanded ) Attorney Lien Claimed |
| BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S DESIGNATIONS OF DEPOSITION
TESTIMONY OF WITNESS ANGELA MILLER**

**COMES NOW** the Plaintiff, Austin P. Bond ("Plaintiff"), as the Special Administrator of the Estate of Billy Woods, deceased ("Billy" or "Mr. Woods"), and, pursuant to Fed. R. Civ. P. 32(a)(4)(B) and (D), submits the following deposition designations of former-Defendant Angela Miller:

| Page Number | Lines |
|---|---|
| 9 | 4-6, 13-19 |
| 11 | 12-18 |
| 12 | 15-25 |
| 13 | 1-3, 15-18 |
| 21 | 18-25 |
| 22 | 1 |
| 29 | 22-25 |
| 30 | 1-13, 19-23 |
| 35 | 22-25 |
| 36 | 1-8 |
| 52 | 2-8, 16-23 |
| 53 | 18-25 |
| 54 | 1-2 |
| 86 | 9-25 |
| 87 | 1, 9-25 |
| 88 | 2-21, 25 |

1

| | |
|---|---|
| 89 | 1-25 |
| 90 | 1-6 |
| 92 | 12-25 |
| 93 | 1-11 |
| 119 | 7-12 |
| 124 | 11-25 |
| 126 | 14-17 |
| 127 | 22-25 |
| 128 | 1-19 |
| 251 | 4-13 |
| 253 | 8-12, 15-24 |
| 254 | 2-5 |
| 256 | 2-9 |
| 258 | 10 |

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Bryon D. Helm
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Bryon D. Helm