# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of BILLY WOODS, deceased, *Plaintiff*, v. BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA, *Defendant*, | Case No. CIV-18-108-RAW |

### ORDER

This matter came on for pretrial conference on June 25, 2020. At the conference, the court construed Plaintiff's objections to the deposition designations of Heath Woods and Samantha Mahler and Plaintiff's brief in support of those objections [Docket No. 263] as a motion in limine regarding those depositions. The court GRANTED the motion, as the testimony is not relevant and any relevancy is substantially outweighed by the danger of unfair prejudice.

The court also GRANTED IN PART Plaintiff's motion for leave to file Angela Miller's deposition designation out of time. Plaintiff may file the deposition designation, but will not be allowed to introduce Ms. Miller's testimony regarding knowledge of 5 and/or 15 minute checks.

**IT IS SO ORDERED** this 26th day of June, 2020.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**