**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of BILLY WOODS, Deceased,<br><br>     Plaintiff,<br><br>vs.<br><br><br>BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 18-CV-108-RAW<br>)<br>)<br>)   Jury Trial Demanded<br>)   Attorney Lien Claimed<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S SUPPLEMENTAL REQUESTED JURY INSTRUCTION**

COMES NOW, the Plaintiff, Austin P. Bond, as the Special Administrator of the Estate of Billy Woods, Deceased, and respectfully supplements Plaintiff's Requested Jury Instructions (Dkt. No. 226) with the following additional jury instruction.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Bryon D. Helm
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 26th day of June 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

              /s/ Bryon D. Helm

## INSTRUCTION NO. __

## AGENCY - DEFINED

The relationship of agency is created from the conduct and/or agreement of the parties showing that one is willing for the other to act for it subject to its control and that the other consents to so act. An agency relationship may arise under such circumstances even when the parties may not have intended to create one. The person who acts for another is called the agent and the other is called the principal.

<u>Authority:</u>     *Oklahoma Uniform Jury Instruction No. 6.2 ("AGENCY – DEFINED")*