# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of BILLY WOODS, deceased,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA,<br><br>*Defendant*, | Case No. CIV-18-108-RAW |

## ORDER

Before the court are the objections posed during the deposition of witness Angela Miller. The court has made the following rulings to specific deposition questions, as follows:

### Transcript of Video Deposition of

### Angela Miller taken February 28, 2019.

1) Page 11, lines 12-18 – Defendant objection – relevance, confusing and waste of time – **OVERRULED**.

2) Page 12, lines 15-25 – Defendant objection – relevance, confusing and waste of time – **OVERRULED**.

3) Page 52, lines 2- 8, 16-23 – Defendant objection – relevance, confusing the issue and waste of time – **OVERRULED**.

4) Page 53, lines 18-25 and Page 54, lines 1-2 – Defendant objection – relevance, confusing the issue and waste of time, prejudicial – **OVERRULED**.

5) Page 61, lines 17-21 – Plaintiff objection – hearsay, no personal knowledge – **OVERRULED**.

6) Page 75, lines 2-13 – Plaintiff objection – improper designation, incomplete answer, confusing – **OVERRULED**.

7) Page 86, lines 17-25, Page 87, line 1 and lines 9-25 and Page 88, lines 2-9 – Defendant objection – hearsay – **OVERRULED**..

8) Page 88, lines 10-25 – Defendant objection – hearsay, prejudicial, confusing the issues - **SUSTAINED**.

9) Page 89, lines 1-8 – Defendant objection – hearsay, prejudicial, confusing the issues – **SUSTAINED**.

10) Page 89, lines 9-20 – Defendant objection – speculative, no personal knowledge – **SUSTAINED**.

11) Page 89, lines 23-25 and Page 90, lines 1-2 – Defendant objection - hearsay – **SUSTAINED**.

12) Page 93, lines 1-8 – Defendant objection – hearsay – **SUSTAINED**.

13) Page 119, lines 7-12 – Defendant objection – leading, misstates testimony - **OVERRULED**.

14) Page 124, lines 13-25 – Defendant objection – leading, speculation, no personal knowledge – **OVERRULED**.

15) Page 128, lines 15-19 – Defendant objection – leading – **OVERRULED**.

16) Page 162, lines 7-9, 14-16 – Plaintiff objection – character evidence, improper lay opinion – **OVERRULED**.

17) Page 174, lines 1-6 – Plaintiff objection re: Defendant objection – form – **OVERRULED**.

18) Page 174, lines 16-19 – Plaintiff objection – improper designation, no question designated, incomplete answer, confusing – **SUSTAINED**.

19) Page 178, line 9 – Plaintiff objection – form – **OVERRULED**.

20) Page 179, lines 16-19 – Plaintiff objection – assumes facts not in evidence – **OVERRULED.**

21) Page 192, lines7 – Plaintiff objection– form – **OVERRULED**.

22) Page 193, lines 11-12 – Plaintiff objection – question lacks context, leading to confusion – **OVERRULED**.

23) Page 214, lines 19-22 – Plaintiff objection – leading – **SUSTAINED**.

24) Page 216, lines 18-19, 21-22 – Plaintiff objection – calls for speculation – **OVERRULED**.

25) Page 227, lines 5-17 – Plaintiff objection – no personal knowledge, improper lay opinion – **OVERRULED**.

26) Page 242, lines 20-22 – Plaintiff objection – improper lay opinion, no personal knowledge, prejudicial – **OVERRULED**.

27) Page 244, lines 9-12 – Plaintiff objection – speculative, hypothetical question – **OVERRULED**.

28) Page 251, lines 8-13 – Defendant objection – hearsay, leading – **OVERRULED**.

29) Page 253, lines 8-12, 15-24 and Page 254, lines 2-5 – Defendant objection – leading, assumes facts not in evidence, hearsay – **OVERRULED**.

30) Page 256, lines 2-9, Defendant objection – relevance, confuses the issues, wastes time, prejudicial – **OVERRULED**.

**IT IS SO ORDERED** this 2nd day of July, 2020.

_____
**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**