UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of BILLY WOODS, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.:  CIV-18-108-RAW |
| vs. | ) ) | Date:  7/7/2020 |
| BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA, | ) ) ) ) | Time:  9:23 a.m. - 11:03 a.m. |
| Defendants. | ) | |

## MINUTE SHEET - VOIR DIRE/JURY SELECTION

Steven P. Shreder, Judge          K. Davis, Law Clerk          Reporter - K. McWhorter
                                                  T. Beeson, Law Clerk         FTR Courtroom 2
                                                  N. Davis, Deputy Clerk
                                                  P. Bruce, Deputy Clerk

**Counsel for Plaintiff:** Daniel E. Smolen and Bryon D. Helm present with Plaintiff Austin P. Bond.

**Counsel for Defendant:**   Andy A. Artus and Michael L. Carr present with Muskogee County Commissioners Kenny Payne, Ken Doke, and Stephen Wright.

**MINUTES:**     Counsel and parties present. Jurors present in the courtroom. Introductions and preliminary instructions by Court. 19 jurors sworn. Voir dire by Court and counsel. Parties pass jurors for cause. Challenges by counsel. 8 jurors chosen to try the case. Jurors excused and directed to return at 12:15 p.m. for commencement of the trial before Judge Ronald A. White at 12:30 p.m.. Nothing further from any party. Court adjourned. (SPS)