# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| AUSTIN P. BOND, as Special Administrator, of the Estate of Billy Woods, deceased, | ) ) ) | | |
| Plaintiff, | ) ) | Case No. | CIV-18-108-RAW |
| vs. | ) ) | Date: | 7/7/2020 |
| BOARD OF COUNTY COMMISSIONERS MUSKOGEE COUNTY, OKLAHOMA, | ) ) ) | Total Time: | 3 hours, 57 minutes |
| Defendant. | ) ) | | |

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge     Teka Stephens, Deputy Clerk     Shelley Ottwell, Court Reporter
                                                                                                     FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**: Bryon D. Helm and Daniel E. Smolen

**Counsel for Defendant:** Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 12:37 p.m. | 8 jurors sworn. Preliminary instructions given to jury by Court. |
| 12:49 p.m. | Opening Statements by counsel. |
| 1:40 p.m. | Plaintiff's evidence begins<br>Material witness Anthony Cornwell was called to testify but FAILED TO APPEAR |
| 1:41 p.m. | 1) Witness: Patty Reece |
| 2:27 p.m. | JURY OUT<br>Defendant requested that the Rule of Sequestration be invoked. SO ORDERED. (RAW)<br>Plaintiff's counsel advised the Court that a Subpoena to Appear was previously issued for material witness Anthony Cornwell, the return had been filed and requested that a Bench Warrant be issued for his failure to appear. BENCH WARRANT ISSUED for Anthony Cornwell (RAW) |
| 2:28 p.m. | In Recess |

2:51 p.m.      JURY IN. Plaintiff's evidence continues.
1) Witness: Patty Reece

4:53 p.m.      Witness Patty Reece excused until 7/8/2020 at 9:00 a.m.

4:55 p.m.      JURY OUT

4:57 p.m.      In Recess. ENTERING ORDER continuing Jury Trial to 7/8/2020 at 9:00 AM. (RAW)