OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

AUSTIN P. BOND, as Special Administrator of the Estate of Billy Woods, Deceased )
v. )
)
)
BOARD COUNTY COMMISSIONERS OF MUSKOGEE COUTY, OKLAHOMA )
*Defendant* )

Case No. 18-CV-108-RAW

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **ANTHONY CORNWELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

Recalcitrant Witness (Failure to appear and testify) in violation of Title 28, United States Code, Section 1826(a).

DATE: 07/07/2020
Muskogee, Oklahoma

*WARRANT ISSUED:*
PATRICK KEANEY, Clerk

By: /s/ Leka L. Stephens

*Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ |
|                                                    *Arresting officer's signature* |
|                                                    _____ |
|                                                    *Printed name and title* |