# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator, of the Estate of Billy Woods, deceased, ) ) ) Plaintiff, ) ) vs. ) ) BOARD OF COUNTY COMMISSIONERS ) MUSKOGEE COUNTY, OKLAHOMA, ) ) Defendant. ) | Case No.   CIV-18-108-RAW<br><br>Date:   7/8/2020<br>Total Time:   6 hours, 9 minutes |

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge    Teka Stephens, Deputy Clerk    Shelley Ottwell, Court Reporter
FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**: Bryon D. Helm and Daniel E. Smolen

**Counsel for Defendant:** Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 9:00 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 9:01 a.m. | 1) Witness: Patty Reece |
| 10:15 a.m. | **JURY OUT.** Discussion regarding hostile witnesses. |
| 10:20 a.m. | **IN RECESS** |
| 10:36 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 10:37 a.m. | 2) Witness: Ron Morris |
| 10:48 a.m. | 3) Witness: Jackie Winkle |
| 11:57 a.m. | **JURY OUT.** Discussion regarding witness schedule |
| 11:58 a.m. | **IN LUNCH RECESS** |
| 1:19 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 1:20 p.m. | 3) Witness: Jackie Winkle |

| | |
|---|---|
| 2:43 p.m. | **JURY OUT.** Further discussion regarding witness schedule and the need to designate certain witness testimony |
| 2:50 p.m. | **IN RECESS** |
| 3:11 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 3:12 p.m. | 4) Witness: Anthony Cornwell |
| 4:52 p.m. | **JURY OUT** |

Court inquired to Witness Cornwell regarding his failure to appear to testify on 7/7/2020. Witness responds. Plaintiff's counsel responds. Court directed that witness be released following his testimony given on 7/8/2020 and ordered him to return on 7/9/2020 at 9:00 a.m. for further testimony.

Further discussion regarding witness schedule, discussion of settlement during trial and possibly conducting live testimony via Zoom for witnesses Brandon Miller and Richard Childs. Court advised Counsel that it would allow those witnesses to testify via Zoom and directed Counsel to work together and with the court staff to make the necessary arrangements.

| | |
|---|---|
| 5:07 p.m. | In Recess. ENTERING ORDER continuing Jury Trial to 7/9/2020 at 9:00 AM. (RAW) |