# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

AUSTIN P. BOND, as Special Administrator, )
of the Estate of Billy Woods, deceased, )
)
        Plaintiff, )   Case No.   CIV-18-108-RAW
vs. )
)   Date:   7/9/2020
BOARD OF COUNTY COMMISSIONERS )   Total Time:   5 hours, 53 minutes
MUSKOGEE COUNTY, OKLAHOMA, )
)
        Defendant. )

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge     Teka Stephens, Deputy Clerk     Shelley Ottwell, Court Reporter
                                                                                                          FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**:     Bryon D. Helm and Daniel E. Smolen

**Counsel for Defendant:**     Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 9:00 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 9:01 a.m. | 4) Witness: Anthony Cornwell |
| 10:00 a.m. | 5) Witness: Jerrod Lang |
| 10:32 a.m. | **JURY OUT.** |
| 10:33 a.m. | **IN RECESS** |
| 10:52 a.m. | **JURY IN.** Plaintiff's evidence continues<br>5) Witness: Jerrod Lang |
| 12:05 p.m. | **JURY OUT.** |
| 12:06 p.m. | **IN LUNCH RECESS.** |
| 1:29 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 1:30 p.m. | 5) Witness: Jerrod Lang |

| | |
|---|---|
| 2:43 p.m. | **JURY OUT.** |
| 2:44 p.m. | **IN RECESS.** |
| 3:09 p.m. | **JURY OUT.**  Discussion regarding witness Patty Reece and the need for further testimony. |
| 3:13 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 3:15 p.m. | 6) Witness: Joe Washington |
| 4:52 p.m. | **JURY OUT** |
| | Court addressed remaining schedule with Counsel and Counsel responded. Counsel went on to advise the Court that both witnesses Brandon Miller and Richard Childs will appear live to give their testimony. Further discussion of case. |
| 5:00 p.m. | In Recess. ENTERING ORDER continuing Jury Trial to 7/10/2020 at 9:00 AM. (RAW) |