# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| AUSTIN P. BOND, as Special Administrator, of the Estate of Billy Woods, deceased, | ) ) ) | | |
| Plaintiff, | ) | Case No. | CIV-18-108-RAW |
| vs. | ) ) | Date: | 7/10/2020 |
| BOARD OF COUNTY COMMISSIONERS MUSKOGEE COUNTY, OKLAHOMA, | ) ) ) | Total Time: | 5 hours, 2 minutes |
| Defendant. | ) ) | | |

## MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge        Teka Stephens, Deputy Clerk        Shelley Ottwell, Court Reporter
FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**:        Bryon D. Helm and Daniel E. Smolen

**Counsel for Defendant:**        Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 8:56 a.m. | **JURY OUT.** Discussion regarding witness Patty Reece's clarification testimony. |
| 9:06 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 9:07 a.m. | 1) Witness: Patty Reece |
| 9:22 a.m. | 6) Witness: Joe Washington |
| 10:28 a.m. | **JURY OUT.** Discussion regarding witness schedule |
| 10:31 a.m. | **IN RECESS** |
| 10:51 a.m. | **JURY IN.** Plaintiff's evidence continues<br>6) Witness: Joe Washington |
| 11:55 a.m. | **JURY OUT. IN LUNCH RECESS.** |
| 1:21 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 1:22 p.m. | 6) Witness: Joe Washington |

2:03 p.m.       7) Witness: Angela Miller via Video Deposition

2:33 p.m.       **JURY OUT.**

2:34 p.m.       **IN RECESS.**

2:59 p.m.       **JURY IN.**  Plaintiff's evidence continues

3:00 p.m.       8) Witness: Peter Ash, M.D. via Video Deposition

3:59 p.m.       **JURY OUT**

Discussion regarding the contract. Court advised Defense Counsel that as soon as possible, he could email a short brief to the Court and to copy Plaintiff's Counsel with the email.

4:09 p.m.       In Recess. ENTERING ORDER continuing Jury Trial to 7/13/2020
at 9:00 AM. (RAW)