OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

*RECEIVED*
*U.S. MARSHALS*
*EASTERN OKLAHOMA*
*2020 JUL -8 AM 7:55*

AUSTIN P. BOND, as Special Administrator of the Estate of Billy Woods, Deceased )
v. )
)
BOARD COUNTY COMMISSIONERS OF MUSKOGEE COUTY, OKLAHOMA )
*Defendant* )

Case No. 18-CV-108-RAW

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **ANTHONY CORNWELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

Recalcitrant Witness (Failure to appear and testify) in violation of Title 28, United States Code, Section 1826(a).

*FILED JUL 14 2020 PATRICK KEANEY Clerk, U.S. District Court By: Deputy Clerk*

DATE: 07/07/2020
Muskogee, Oklahoma

WARRANT ISSUED:
PATRICK KEANEY, Clerk

By: *Debra L. Stephens*
Deputy Clerk

**Return**

This warrant was received on (date) 7/8/2020, and the person was arrested on (date) 7/8/2020
at (city and state) Coweta, OK.

Date: 7/8/2020

Arresting officer's signature
WILLIAM R. BANKS, DUSM
Printed name and title