# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator, ) <br> of the Estate of Billy Woods, deceased, ) <br>  ) <br>                   Plaintiff, ) <br> vs. ) <br>  ) <br> BOARD OF COUNTY COMMISSIONERS ) <br> MUSKOGEE COUNTY, OKLAHOMA, ) <br>  ) <br>                   Defendant. ) | Case No.    CIV-18-108-RAW <br><br> Date:       7/15/2020 <br> Total Time:  5 hours, 25 minutes |

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge    Teka Stephens, Deputy Clerk    Shelley Ottwell, Court Reporter
                                                                                                                        FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**:      Bryon D. Helm and Daniel E. Smolen

**Counsel for Defendant:**   Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 8:53 a.m. | **JURY OUT.** Discussion regarding the Briefs filed regarding to the contract, additional discovery documents produced to Plaintiff on 7/13/2020 and witness schedule. |
| 9:09 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 9:11 a.m. | 9) Witness: Vinnie Payton Hoover |
| 9:35 a.m. | 10) Witness: Cindy Perkins |
| 10:29 a.m. | **JURY OUT.** <br> Court inquired regarding reporting period. Counsel responded. |
| 10:32 a.m. | **IN RECESS** |
| 10:51 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 10:56 a.m. | 10) Witness: Cindy Perkins |
| 11:57 a.m. | **JURY OUT.** |

| | |
|---|---|
| 11:58 a.m. | **IN LUNCH RECESS.** |
| 1:15 p.m. | **JURY IN.** Plaintiff's evidence continues |
| 1:15 p.m. | 10) Witness: Cindy Perkins |
| 2:55 p.m. | **JURY OUT.** |
| 2:56 p.m. | **IN RECESS.** |
| 3:22 p.m. | **JURY IN.**  Plaintiff's evidence continues |
| 3:23 p.m. | 11) Witness: Brandon Miller |
| 4:13 p.m. | **JURY OUT** |
| | Court inquired as to witness schedule. Counsel responded. Defense Counsel made record regarding documents contained in Plaintiff's Exhibit 80. |
| 4:20 p.m. | In Recess. ENTERING ORDER continuing Jury Trial to 7/16/2020 at 9:00 AM. (RAW) |