# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| AUSTIN P. BOND, as Special Administrator, of the Estate of Billy Woods, deceased, | ) ) ) | | |
| Plaintiff, | ) | Case No. | CIV-18-108-RAW |
| vs. | ) ) | Date: | 7/16/2020 |
| BOARD OF COUNTY COMMISSIONERS MUSKOGEE COUNTY, OKLAHOMA, | ) ) ) | Total Time: | 5 hours, 6 minutes |
| Defendant. | ) | | |

### MINUTE SHEET – JURY TRIAL

Ronald A. White, Judge    Teka Stephens, Deputy Clerk    Shelley Ottwell, Court Reporter
                                                                                                        FTR - Courtroom 2-Room 224

**Counsel for Plaintiff**:    Bryon D. Helm, Daniel E. Smolen and Robert M. Blakemore

**Counsel for Defendant:**    Andy A. Artus and Michael L. Carr

| **TIME** | **MINUTES** |
|---|---|
| 9:00 a.m. | **JURY OUT.** Discussion regarding Plaintiff's Exhibit 80, witness schedule and Plaintiff's Brief regarding jury instructions. |
| 9:07 a.m. | **JURY IN.** Plaintiff's evidence continues |
| 9:08 a.m. | 12) Witness: Dorothy Brown |
| 9:50 a.m. | 13) Witness: Jeremy Evans |
| 10:30 a.m. | **JURY OUT.** Court inquired regarding witness schedule. Counsel responded. |
| 10:31 a.m. | **IN RECESS** |
| 10:51 a.m. | **JURY IN.** Plaintiff's evidence continues<br>13) Witness: Jeremy Evans |
| 11:03 a.m. | 14) Witness: Kenny Payne |

| | |
|---|---|
| 11:56 a.m. | **JURY OUT.** Court inquired regarding witness schedule. Counsel responded. |
| 11:58 a.m. | **IN LUNCH RECESS.** |
| 1:16 p.m. | **JURY IN.** Plaintiff's evidence continues<br>14) Witness: Kenny Payne |
| 1:45 p.m. | 15) Witness: Ken Doke |
| 2:54 p.m. | **JURY OUT.** |
| 2:55 p.m. | **IN RECESS.** |
| 3:18 p.m. | **JURY OUT.** Court inquired regarding witness schedule. Counsel responded. |
| 3:20 p.m. | **JURY IN.** Plaintiff's evidence continues<br>Plaintiff rests. |
| 3:22 p.m. | **JURY OUT.** Defendant moved for judgment as a matter of law with argument. Plaintiff responded with argument. Motion DENIED. (RAW) |
| 3:47 p.m. | Defense Counsel made offer of proof regarding witnesses Samantha Mahler and Brandon Woods, depositions previously filed of record as Dkt. Nos. 259-1 and 259-2. |
| 3:53 p.m. | **IN RECESS** (for jury instruction conference) |
| 5:23 p.m. | **JURY OUT.**<br><br>Court confirmed with Counsel that they had gone over the admitted exhibits with the Court and that they were both in agreement. Counsel responded. |
| 5:25 p.m. | Defendant rests. |
| 5:25 p.m. | Discussion regarding jury instructions, verdict form and closing arguments. |
| 5:37 p.m. | IN RECESS. ENTERING ORDER continuing Jury Trial to 7/17/2020 at 9:00 AM. (RAW) |