# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUSTIN P. BOND, as Special Administrator of the Estate of Billy Woods, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF MUSKOGEE COUNTY, OKLAHOMA,<br><br>    Defendant. | Case No. CIV-18-108-RAW |

## JUDGMENT

This matter came on for jury trial on July 7, 2020. On July 17, 2020, the jury returned a verdict in favor of Defendant. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court hereby enters this Judgment against Plaintiff and for Defendant.

**IT IS SO ORDERED** this 21st day of July, 2020.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**